# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–8 | User: swu | Date Created: 5/17/2011 |
| Case: 8–11–73479–reg | Form ID: 270 | Total: 3 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Daniel B Karron          348 East Fulton Street          Long Beach, NY 11561
tr          Neil H Ackerman          Barton Barton &Plotkin LLP          420 Lexington Avenue          New York, NY 10170
smg          United States Trustee          Office of the United States Trustee          Long Island Federal Courthouse          560 Federal Plaza          Central Islip, NY 11722–4437

TOTAL: 3