# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: swu | Date Created: 5/19/2011 |
| Case: 8−11−73479−reg | Form ID: pdfdat | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      USTPRegion02.LI.ECF@usdoj.gov

                               TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Daniel B Karron      348 East Fulton Street      Long Beach, NY 11561
tr      Neil H Ackerman      Barton Barton &Plotkin LLP      420 Lexington Avenue      New York, NY 10170

                               TOTAL: 2