Form B3B: Order (10/15/08 - EDNY)

# United States Bankruptcy Court for the Eastern District of New York

In re: Daniel B. Karron  
     Debtor(s)

Case No. 11-73479-736

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the applicable be:

☑ GRANTED

This order is subject to being vacated at a later time if developments in the administration bankruptcy case demonstrate that the waiver was unwarranted.

☑ IT IS FURTHER ORDERED, that this waiver also applies to other fees scheduled by the Judicial Conference under 28 U.S.C. §§ 1930(b) and (c)

☐ DENIED, for the following reasons:
_____
_____

IT IS FURTHER ORDERED, that the debtor shall either:

(1) pay the chapter 7 filing fee in full within _____ days of the date this order was entered; OR

(2) pay the chapter 7 filing fee according to the following terms;

$ _____ on or before _____  
$ _____ on or before _____  
$ _____ on or before _____  
$ _____ on or before _____

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENTS PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

☐ SCHEDULED FOR HEARING:

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at 290 Federal Plaza, Central Islip, NY 11722

IF THE DEBTOR DOES NOT APPEAR AT THE HEARING, THE COURT MAY CONCLUDE THAT THE DEBTOR CONSENTS TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION.

**Dated: Central Islip, New York**  
**May 19, 2011**

_/s/ Robert E. Grossman_  
**Robert E. Grossman**  
**United States Bankruptcy Judge**

United States Bankruptcy Court
Eastern District of New York

In re:  
Daniel B Karron  
    Debtor

Case No. 11-73479-reg  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0207-8 | User: swu | Page 1 of 1 | Date Rcvd: May 19, 2011 |
|---|---|---|---|
| | Form ID: pdfdat | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2011.
```
db          +Daniel B Karron,    348 East Fulton Street,    Long Beach, NY 11561-2327
tr          +Neil H Ackerman,    Barton Barton & Plotkin LLP,    420 Lexington Avenue,    New York, NY 10170-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 21, 2011**        **Signature:** _/s/ Joseph Speetjens_