| B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/10) | Case Number **8–11–73479–reg** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
Eastern District of New York

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/16/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Daniel B Karron
 aka Dianne Karron, aka D B Karron, aka Dan Karron
348 East Fulton Street
Long Beach, NY 11561

| Case Number:<br>8–11–73479–reg | Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:<br>xxx–xx–5466 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Daniel B Karron<br>348 East Fulton Street<br>Long Beach, NY 11561<br>Telephone number: | Bankruptcy Trustee (name and address):<br>Neil H Ackerman<br>Barton Barton & Plotkin LLP<br>420 Lexington Avenue<br>New York, NY 10170<br>Telephone number: 212.687.6262 |

## Meeting of Creditors

Date: **June 24, 2011**            Time: **12:30 PM**
Location: **United States Bankruptcy Court, Long Island Federal Courthouse, 290 Federal Plaza – Room 860, Central Islip, NY 11722–9013**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 8/23/11**

## Deadline to Object to Exemptions:

Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>290 Federal Plaza, P.O. Box #9013<br>Central Islip, NY 11722–9013<br>Telephone number: (631) 712–6200 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Robert A. Gavin, Jr. |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:30 PM | Date: 5/23/11 |

# EXPLANATIONS   B9A (Official Form 9A) (12/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Undeliverable Notices | Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the parties correct address, resend the returned notice, and notify this office of the parties change of address. Failure to provide all parties with a copy of the notice may adversely affect the debtor as provided by the Bankruptcy Court. |
| Form 21 Statement of Social Security # | The debtor or debtor's attorney is required to bring a paper copy of the petition with full social security number displayed to the first meeting of creditors. |
| Personal Financial Management Course | In order to receive a discharge, the debtor must complete a Personal Financial Management Course and must file a Certificate of Completion of the Personal Financial Management Course (Official Form 23) within 60 days after the first date set for the section 341 meeting. If the Personal Financial Management Course Certificate is not filed within the allotted time, **a discharge will not be issued and the case will be closed.** |

```
United States Bankruptcy Court
Eastern District of New York

In re:                                                          Case No. 11-73479-reg
Daniel B Karron                                                 Chapter 7
        Debtor
                          CERTIFICATE OF NOTICE

District/off: 0207-8       User: smarcus              Page 1 of 2       Date Rcvd: May 23, 2011
                           Form ID: 213               Total Noticed: 58
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2011.
```
db         +Daniel B Karron,   348 East Fulton Street,   Long Beach, NY 11561-2327
smg        +NYC Department of Finance,   345 Adams Street, 3rd Floor,   Attn: Legal Affairs - Devora Cohn,
             Brooklyn, NY 11201-3719
smg        +NYS Department of Taxation & Finance,   Bankruptcy Unit,   PO Box 5300,   Albany, NY 12205-0300
smg        +NYS Unemployment Insurance,   Attn: Isolvency Unit,   Bldg. #12, Room 256,
             Albany, NY 12240-0001
7206197     ARENT FOX PLLC,   1050 Connecticut Avenue NW,   Washington, DC 20036-5339
7206177     Abe Karron,   70 CURTIS AVE,   MANASQUAN NJ 08736-3502
7206209     Aegis Receivables Management Inc,   Formerly Known as Global Vantage In.,   PO Box 404,
             Fort Mill, SC 29716-0404
7206178    +Amiee Idan Karron,   16 Wilson Terrace,   West Caldwell, NJ 07006-7923
7206180     BARCLAYS BANK DELAWARE,   WEST MARINE,   c/o FINANCIAL RECOVERY SERVICES INC,   PO Box 385908,
             Minneapolis, MN 55438-5908
7206212    +BI Incorporated,   6400 Lookout Road,   Boulder, CO 80301-3378
7206205    +BUNAMICI & LARAUS LLP,   ALBERT BUONAMICI ESQ,   222 Bloomingdale Road,   Suite 301,
             White Plains, NY 10605-1511
7206195    +Best Buy Inc,   Main Street Acquisitions,   RPM Receivables Performance Management 5,
             PO Box 1548,   Lynnwood 98046-1548
7206184     CAC FINANCIAL CORP,   2601 NW EXPRESSWAY SUITE 1000 EAST,   OKLAHOMA CITY, OKLAHOMA 73112-7236
7206203    +Chase Bank,   Dept 673,   PO Box 4115,   Concord, CA 94524-4115
7206232    +Chi T Steve Kwok,   US Attorneys Office SDNY,   One St Andrews Plaza,   New York, NY 10007-1781
7206221    +Con Edison,   c/o MERCANTILE ADJUSTMENT BUREAU LLC,   6341 Inducon Drive East,
             Sanborn, NY 14132-9016
7206214    +Dr Robert A Krackow DDS,   509 Madison Avenue,   Suite 1716,   New York, NY 10022-5527
7206179    +Estate ofNathaniel Karron,   c/o Diana Karron,   110 Lighthouse Dr.,   Saugerties, NY 12477-4257
7206182     HOME DEPOT CREDIT SERVICES,   PROCESSING CENTER,   DES MOINES, IA 50364-0500
7206190    +HSBC RETAIL SERVICES,   NCB Management Services Inc,   PO Box 1099,   Langhorne 19047-6099
7206217    +Homefront Hardware,   202 East 29th Street,   New York, NY 10016-8501
7206218    +Joan A Rosenberg,   300 East 33rd Street,   Apartment 6K,   New York, NY 10016-9408
7206187    +Joan M Hayes CPA,   239 Delano Ave W,,   Yonkers, NY 10704-3827
7206185    +Ken Jackson,   The Jackson Group,   114 West 29th Street,   New York, New York 10001-5594
7206207    +Kirshenbaum & Phillips PC,   3000 Hempstead Turnpike,   4th Floor,   Levittown, NY 11756-1342
7206223     LONG BEACH MEDICAL Center,   c/o EASTERN ACCOUNT SYSTEMOF CONNECTICUT,   PO Box 1022,
             Wixom, MI 48393-1022
7206222    +LONG BEACH MEDICAL Center,   455 East Bay Drive,   Long Beach, NY 11561-2300
7206193    +Laura Adrienne Oppenheim,   Mintz & Oppenheim, LLP,   260 Madison Avenue, 18th FIr.,
             New York, NY 10016-2401
7206210     Long Island Power Authority,   POBox 888,   Hicksville NY 11802-0888
7206225    +Ludlow Garage,   151 Attorney Street,   New York, NY 10002-1812
7206198    +M Scott Peeler Esq,   Arent Fox LLP,   1675 Broadway,   New York, NY 10019-5820
7206231    +MICHAEL J BYARS,   Assistant United States Attorney,   86 Chambers Street,
             New York, NY 10007-1825
7206196    +MTA BRIDGES &TUNNELS EZ PASS,   c/o NCO Financial Systems Inc,   507 Prudential Road,
             Horsham, PA 19044-2308
7206194    +Marshall Aron Mintz,   Mintz & Oppenheim, LLP,   260 Madison Avenue 18th Fir,
             New York, NY 10016-2401
7206216    +NARS,   New York Sports club File 331-9559,   PO Box 701,   Chesterfield, MO 63006-0701
7206211     National Grid,   Newbridge Rd at Sunrise Highway,   Bellmore, NY 11710
7206224     New York City Department of Finance,   Parking Violations,   PO Box 2127,
             Peck Slip Station CU065427,   New York, NY 10272-2127
7206188     Oxford Health Plans,   PO Box 1697,   Newark, NJ 07101-1697
7206181     RADIOSHACK CREDIT PLAN,   PROCESSING CENTER,   DES MOINES, IA 50364-0001
7206192    +Rubinstein and Corozzo LLP,   Ronald Rubinstein, Esq,   260 Madison Avenue 220d Floor,
             New York, New York 10016-2401
7206189     SCHWARTZ & SALOMON, Pc,   225 Broadway # 4200,   New York, NY 10007-3003
7206215    +Silicon City,   Howell Silverman,,   354 S. Oyster Bay Road,   Syosset, NY 11791-6913
7206219     Spitz and Greenstein CPA,   Melvin Spitz, CPA,   494 Eighth A venue,   New York, NY 10001
7206199    +Steven Kimelman, Esq,   1675 Broadway,   New York, NY 10019-5829
7206220    +The Law Offices of Randall S Newman PC,   37 WALL STREET PENTHOUSE D,   NEW YORK, NY 10005-2027
7206230    +United States Attorney,   Assistant United States Attorney,   MARIA A COTTO,
             Financial Investigator,   86 Chambers Street,   New York, NY 10007-1825
7206229    +United States Attorney,   Southern District a/New York,   FINANCIAL LITIGATION UNIT,
             KATHLEEN A ZEBROWSKI,   86 Chambers Street,   New York, NY 10007-1825
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr         +EDI: QNHACKERMAN.COM May 23 2011 18:13:00     Neil H Ackerman,   Barton Barton & Plotkin LLP,
             420 Lexington Avenue,   New York, NY 10170-0002
smg        +E-mail/Text: ustpregion02.li.ecf@usdoj.gov May 23 2011 18:21:12     United States Trustee,
             Office of the United States Trustee,   Long Island Federal Courthouse,   560 Federal Plaza,
             Central Islip, NY 11722-4456
7206208     EDI: AMEREXPR.COM May 23 2011 18:13:00     American Express Travel Related Services,
             OA Special Research,   PO Box 981540,   El Paso, TX 79998-1540
7206202     EDI: CHASE.COM May 23 2011 18:13:00     Chase Bank,   Card member Service,   PO Box 15548,
             Wilmington, DE 19886-5548
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
7206206     EDI: CHASE.COM May 23 2011 18:13:00      Chase Bank,    PO Box 260161,    Baton Rouge, LA 70826-0161
7206213     EDI: DISCOVER.COM May 23 2011 18:13:00      Discover Financial Services,    PO Box 6103,
            Carol Stream, IL 60197-6103
7206183     EDI: RMSC.COM May 23 2011 18:13:00      GE MONEY BANK,    PO BOX 960061,    ORLANDO, FL 32896-0061
7206191     EDI: IRS.COM May 23 2011 18:13:00      Internal Revenue Service,    Deborah Lynch,
            107 CHARLES LINDBERGH BLVD,    GARDEN CITY, NY 11530-4819
7206204    +EDI: PINNACLE.COM May 23 2011 18:13:00      PINNACLE FINANCIAL GROUP,
            7825 Washington Ave S Ste 310,    Minneapolis, MN 55439-2424
7206227     EDI: AFNIVZCOMBINED.COM May 23 2011 18:13:00      VERIZON,    PO BOX 1100,    ALBANY, NY 12250-0001
7206226    +EDI: AFNIVZWIRE.COM May 23 2011 18:13:00      Verizon Wireless,
            26935 Nortlrwestern Hwy Ste 100 CFS,    Southfield, MI 48033-8449
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7206228     BJ LIDE,   US Department ofCommerce,   National Institute of Standards and Tech,
            Advanced Technology Program
7206200     Julie Weihlinger,   U.S. Department ofCommerce,   National Institute ofStandards and Techn,
            Advanced Technology Program,   Receivables Group,   100 BureauDrive-MaiiStop 1624
7206201     LACY KATZEN LLP,   Michael S Schnittman Esq,   Mark H Stein Esq,   Francesco Fabiano Esq,
            Attorneys for Plaintiff,   The Granite Building
7206186    ##+Jill C Feldman, CPA,   183 Madison Avenue,   Suite 602,   New York, NY 10016-4402
                                                                                    TOTALS: 3, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 25, 2011**          **Signature:**     *Joseph Speetjens*