# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722−9013

---

## NOTICE OF ELECTRONIC FILING PROCEDURE −

## INFORMATION REGARDING MEETING OF CREDITORS

**Case Name: Daniel B Karron**

**Case Number: 8−11−73479−reg**          **Date Filed: May 16, 2011**

The above case was filed electronically, and is accessible via the Court's Internet site at http://www.nyeb.uscourts.gov. In compliance with EDNY LBR 9011−1(b) and the court's General Order on Electronic Filing Procedures ("General Order #559"), whenever any applicable statute, rule or order requires a document to be signed and the document is electronically filed, the document shall contain an electronic signature or a scanned copy of the original signature. An electronic signature shall consist of "s/" followed by the first and last name of the person signing. Security of a password issued to an attorney is the attorney's responsibility. An original signed copy of all filings shall be maintained in the attorney's file in accordance with General Order #559.

All parties with legal representation must file documents by one of the following methods:

1. **INTERNET (Preferred Method):** The requirements for filing, viewing and retrieving case documents over the Internet are: A personal computer running Microsoft Windows; an Internet provider using dial−up, or broadband; Mozilla Firefox or Internet Explorer; Adobe Acrobat to convert word processor formatted documents to portable document format (PDF); and a document scanner. The URL address is www.nyeb.uscourts.gov. A password is needed to file documents into this system. Please contact the Court to obtain a password. In addition, a Pacer login is needed to view or print documents from this system. A Pacer login can be obtained by calling the Pacer Service Center at 1−800−676−6856 or by visiting their website at http://pacer.psc.uscourts.gov.

2. **DISKETTE or CD−ROM/DVD, PDF FORMAT:** If you are not equipped or have not registered to file over the Internet, you must submit your documents on a diskette or CD−ROM/DVD, in PDF format. Adobe Acrobat software will provide you with the ability to create documents in PDF format; additionally, word processing programs such as Corel WordPerfect and Microsoft Word include a built−in conversion utility. Use a separate diskette or CD−ROM/DVD for each filing. Submit the diskette or CD−ROM/DVD in an envelope with the case name, case number, type and title of the document, and the file name on the diskette or CD−ROM/DVD.

**Important Note: Proofs of claim may be filed over the Internet, on diskette or CD−ROM/DVD, or in paper form.**

Adversary Proceedings filed relative to cases assigned to the ECF system will also be assigned to the system. Documents filed in such proceedings MUST comply with the foregoing electronic filing requirements.

In Chapter 7, 12 and 13 cases, the debtor is responsible for serving a copy of the petition on the trustee appointed in the case. Refer to the Notice of Meeting of Creditors accompanying this notice for the name and mailing address of the trustee.

In Chapter 11 cases, the debtor is responsible for serving a copy of the petition on the Internal Revenue Service and the Securities and Exchange Commission. Refer to second page of the Notice of Meeting of Creditors accompanying this notice for their respective addresses.

Parties without legal representation may file documents in paper form, in accordance with procedures set forth in the court's Local Rules.

Dated: May 23, 2011

                    For the Court, Robert A. Gavin, Jr., Clerk of Court

# NOTICE TO CHAPTER 7 DEBTORS AND DEBTORS' ATTORNEYS

## What To Submit Prior To The Meeting Of Creditors

You must submit to the Chapter 7 Trustee assigned to your case the following:

1. A copy of the Chapter 7 petition (complete with all schedules and the statement of financial affairs) which bears a copy of the Debtor's signature.

Note: The petition should not reflect the Debtor's signature as /s/.

2. Copies of all payment advices (i.e., pay stubs) or other evidence of payment received within 60 days before the date of the filing of the petition by the Debtor from any employer of the Debtor. (*See* Bankruptcy Code § 521(a)(1)(iv))

Note: If such payment advices are not available or the Debtor does not have payment advices then the Debtor should provide the Trustee and file with the Bankruptcy Court a notarized affidavit of the Debtor explaining the circumstances.

3. A copy of the Federal income tax return (or a transcript of such return) for the most recent tax year ending immediately before the commencement of the case and for which the Federal income tax return was filed.

Note: The tax return or transcript must be provided to the Chapter 7 Trustee no later than 7 days before the meeting of creditors. (*See* Bankruptcy Code § 521(e)(2)(A)(i)) The tax return or transcript should **NOT** be filed with the Bankruptcy Court.

The Chapter 7 Trustees request that this information be provided as soon as possible after the petition is filed. The name and address of the assigned Chapter 7 Trustee appears on the meeting notice.

These requirements do not supersede or replace any of the requirements under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules.

## What to bring to the Meeting of Creditors

Each Chapter 7 Debtor should bring to the meeting of creditors: (a) original government issued photo identification **and** (b) an original social security card or other original government issued document that reflects the Debtor's social security number.

**BLnef.jsp** [Notice of Electronic Filing rev. 12/14/2010]

```
United States Bankruptcy Court
Eastern District of New York

In re:                                                          Case No. 11-73479-reg
Daniel B Karron                                                 Chapter 7
       Debtor
                        CERTIFICATE OF NOTICE
District/off: 0207-8          User: smarcus              Page 1 of 2         Date Rcvd: May 23, 2011
                              Form ID: 245               Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2011.
db            +Daniel B Karron,    348 East Fulton Street,   Long Beach, NY 11561-2327
tr            +Neil H Ackerman,    Barton Barton & Plotkin LLP,    420 Lexington Avenue,    New York, NY 10170-0002
smg           +NYC Department of Finance,    345 Adams Street, 3rd Floor,    Attn: Legal Affairs - Devora Cohn,
               Brooklyn, NY 11201-3719
smg           +NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,    Albany, NY 12205-0300
smg           +NYS Unemployment Insurance,    Attn: Isolvency Unit,   Bldg. #12, Room 256,
               Albany, NY 12240-0001
7206197        ARENT FOX PLLC,    1050 Connecticut Avenue NW,   Washington, DC 20036-5339
7206177        Abe Karron,    70 CURTIS AVE,   MANASQUAN NJ 08736-3502
7206209        Aegis Receivables Management Inc,    Formerly Known as Global Vantage In.,    PO Box 404,
               Fort Mill, SC 29716-0404
7206208        American Express Travel Related Services,    OA Special Research,    PO Box 981540,
               El Paso, TX 79998-1540
7206178       +Amiee Idan Karron,    16 Wilson Terrace,   West Caldwell, NJ 07006-7923
7206180        BARCLAYS BANK DELAWARE,    WEST MARINE,   c/o FINANCIAL RECOVERY SERVICES INC,    PO Box 385908,
               Minneapolis, MN 55438-5908
7206212       +BI Incorporated,    6400 Lookout Road,   Boulder, CO 80301-3378
7206205       +BUNAMICI & LARAUS LLP,    ALBERT BUONAMICI ESQ,   222 Bloomingdale Road,    Suite 301,
               White Plains, NY 10605-1511
7206195       +Best Buy Inc,    Main Street Acquisitions,   RPM Receivables Performance Management 5,
               PO Box 1548,    Lynnwood 98046-1548
7206184        CAC FINANCIAL CORP,    2601 NW EXPRESSWAY SUITE 1000 EAST,    OKLAHOMA CITY, OKLAHOMA 73112-7236
7206202        Chase Bank,    Card member Service,   PO Box 15548,   Wilmington, DE 19886-5548
7206206        Chase Bank,    PO Box 260161,   Baton Rouge, LA 70826-0161
7206203       +Chase Bank,    Dept 673,   PO Box 4115,   Concord, CA 94524-4115
7206232       +Chi T Steve Kwok,    US Attorneys Office SDNY,   One St Andrews Plaza,    New York, NY 10007-1781
7206221       +Con Edison,    c/o MERCANTILE ADJUSTMENT BUREAU LLC,    6341 Inducon Drive East,
               Sanborn, NY 14132-9016
7206214       +Dr Robert A Krackow DDS,    509 Madison Avenue,   Suite 1716,    New York, NY 10022-5527
7206179       +Estate ofNathaniel Karron,    c/o Diana Karron,   110 Lighthouse Dr.,    Saugerties, NY 12477-4257
7206182        HOME DEPOT CREDIT SERVICES,    PROCESSING CENTER,   DES MOINES, IA 50364-0500
7206190       +HSBC RETAIL SERVICES,    NCB Management Services Inc,    PO Box 1099,   Langhorne 19047-6099
7206217       +Homefront Hardware,    202 East 29th Street,   New York, NY 10016-8501
7206191       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    Deborah Lynch,
               107 CHARLES LINDBERGH BLVD,   GARDEN CITY, NY 11530-4819)
7206218       +Joan A Rosenberg,    300 East 33rd Street,   Apartment 6K,    New York, NY 10016-9408
7206187       +Joan M Hayes CPA,    239 Delano Ave W,,   Yonkers, NY 10704-3827
7206185       +Ken Jackson,    The Jackson Group,   114 West 29th Street,    New York, New York 10001-5594
7206207       +Kirshenbaum & Phillips PC,    3000 Hempstead Turnpike,    4th Floor,   Levittown, NY 11756-1342
7206223        LONG BEACH MEDICAL Center,    c/o EASTERN ACCOUNT SYSTEMOF CONNECTICUT,    PO Box 1022,
               Wixom, MI 48393-1022
7206222       +LONG BEACH MEDICAL Center,    455 East Bay Drive,   Long Beach, NY 11561-2300
7206193       +Laura Adrienne Oppenheim,    Mintz & Oppenheim, LLP,    260 Madison Avenue, 18th FIr.,
               New York, NY 10016-2401
7206210        Long Island Power Authority,    POBox 888,   Hicksville NY 11802-0888
7206225       +Ludlow Garage,    151 Attorney Street,   New York, NY 10002-1812
7206198       +M Scott Peeler Esq,    Arent Fox LLP,   1675 Broadway,    New York, NY 10019-5820
7206231       +MICHAEL J BYARS,    Assistant United States Attorney,    86 Chambers Street,
               New York, NY 10007-1825
7206196       +MTA BRIDGES &TUNNELS EZ PASS,    c/o NCO Financial Systems Inc,    507 Prudential Road,
               Horsham, PA 19044-2308
7206194       +Marshall Aron Mintz,    Mintz & Oppenheim, LLP,   260 Madison Avenue 18th Fir,
               New York, NY 10016-2401
7206216       +NARS,    New York Sports club File 331-9559,   PO Box 701,    Chesterfield, MO 63006-0701
7206211        National Grid,    Newbridge Rd at Sunrise Highway,    Bellmore, NY 11710
7206224        New York City Department of Finance,    Parking Violations,    PO Box 2127,
               Peck Slip Station CU065427,   New York, NY 10272-2127
7206188        Oxford Health Plans,    PO Box 1697,   Newark, NJ 07101-1697
7206204       +PINNACLE FINANCIAL GROUP,    7825 Washington Ave S Ste 310,    Minneapolis, MN 55439-2424
7206181        RADIOSHACK CREDIT PLAN,    PROCESSING CENTER,   DES MOINES, IA 50364-0001
7206192       +Rubinstein and Corozzo LLP,    Ronald Rubinstein, Esq,    260 Madison Avenue 220d Floor,
               New York, New York 10016-2401
7206189        SCHWARTZ & SALOMON, Pc,    225 Broadway # 4200,   New York, NY 10007-3003
7206215       +Silicon City,    Howell Silverman,,   354 S. Oyster Bay Road,    Syosset, NY 11791-6913
7206219        Spitz and Greenstein CPA,    Melvin Spitz, CPA,   494 Eighth A venue,    New York, NY 10001
7206199       +Steven Kimelman, Esq,    1675 Broadway,   New York, NY 10019-5829
7206220       +The Law Offices of Randall S Newman PC,    37 WALL STREET PENTHOUSE D,    NEW YORK, NY 10005-2027
7206230       +United States Attorney,    Assistant United States Attorney,    MARIA A COTTO,
               Financial Investigator,    86 Chambers Street,   New York, NY 10007-1825
7206229       +United States Attorney,    Southern District a/New York,    FINANCIAL LITIGATION UNIT,
               KATHLEEN A ZEBROWSKI,   86 Chambers Street,    New York, NY 10007-1825
```

```
District/off: 0207-8           User: smarcus            Page 2 of 2                Date Rcvd: May 23, 2011
                               Form ID: 245             Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: ustpregion02.li.ecf@usdoj.gov May 23 2011 18:21:12     United States Trustee,
                Office of the United States Trustee,   Long Island Federal Courthouse,   560 Federal Plaza,
                Central Islip, NY 11722-4456
7206213         E-mail/PDF: mrdiscen@discoverfinancial.com May 23 2011 19:30:01     Discover Financial Services,
                PO Box 6103,   Carol Stream, IL 60197-6103
7206183         E-mail/PDF: gecsedi@recoverycorp.com May 23 2011 18:28:33     GE MONEY BANK,   PO BOX 960061,
                ORLANDO, FL 32896-0061
7206227         E-mail/PDF: bankruptcyverizoncom@afni.com May 23 2011 18:48:42     VERIZON,   PO BOX 1100,
                ALBANY, NY 12250-0001
7206226        +E-mail/PDF: bankruptcyverizonwireless@afninet.com May 23 2011 18:48:42     Verizon Wireless,
                26935 Nortlrwestern Hwy Ste 100 CFS,   Southfield, MI 48033-8449
                                                                                             TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7206228         BJ LIDE,   US Department ofCommerce,   National Institute of Standards and Tech,
                Advanced Technology Program
7206200         Julie Weihlinger,   U.S. Department ofCommerce,   National Institute ofStandards and Techn,
                Advanced Technology Program,   Receivables Group,   100 BureauDrive-MaiiStop 1624
7206201         LACY KATZEN LLP,   Michael S Schnittman Esq,   Mark H Stein Esq,   Francesco Fabiano Esq,
                Attorneys for Plaintiff,   The Granite Building
7206186       ##+Jill C Feldman, CPA,   183 Madison Avenue,   Suite 602,   New York, NY 10016-4402
                                                                                   TOTALS: 3, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 25, 2011**          **Signature:** _Joseph Speetjens_