**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
In re                                              Case No. 11-73479-reg

DANIEL B. KARRON, a/k/a
DIANNE KARRON, a/k/a
D.B. KARRON, a/k/a
DAN KARRON                                         Chapter 7

                 Debtor(s)
-------------------------------------------------------------X

## ORDER APPROVING THIRTY-DAY EXEMPTION

Upon the debtor's request for a thirty-day exemption from the requirement to file a credit counseling certificate in accordance with 11 U.S.C. § 109(h)(3)(A), it is hereby

ORDERED, that the debtor's request is granted. The debtor(s) has until **June 16, 2011** (30 days from the date of filing of the petition) to file a credit counseling certificate and a copy of any debt repayment plan, if such plan is created as part of credit counseling, and it is further

ORDERED that if the debtor(s) fails to file the required credit counseling certificate, or a motion pursuant to 11 U.S.C. § 109(h)(3)(B) requesting a further 15-day extension, on or before **June 16, 2011**, **this bankruptcy case may be dismissed without further notice or hearing**.



**Dated: Central Islip, New York**
      **May 26, 2011**
                                                 **Robert E. Grossman**
                                        **United States Bankruptcy Judge**