**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re                                                                                Case No. 11-73479-reg

DANIEL B. KARRON, a/k/a
DIANNE KARRON, a/k/a
D.B. KARRON, a/k/a
DAN KARRON                                                                 Chapter 7

                            Debtor(s)
------------------------------------------------------------X

## ORDER APPROVING THIRTY-DAY EXEMPTION

Upon the debtor's request for a thirty-day exemption from the requirement to file a credit counseling certificate in accordance with 11 U.S.C. § 109(h)(3)(A), it is hereby

ORDERED, that the debtor's request is granted. The debtor(s) has until **June 16, 2011** (30 days from the date of filing of the petition) to file a credit counseling certificate and a copy of any debt repayment plan, if such plan is created as part of credit counseling, and it is further

ORDERED that if the debtor(s) fails to file the required credit counseling certificate, or a motion pursuant to 11 U.S.C. § 109(h)(3)(B) requesting a further 15-day extension, on or before **June 16, 2011**, **this bankruptcy case may be dismissed without further notice or hearing**.



**Dated: Central Islip, New York**                                    /s/ Robert E. Grossman
**         May 26, 2011**                                                          **Robert E. Grossman**
                                                                                              **United States Bankruptcy Judge**

United States Bankruptcy Court
Eastern District of New York

In re:                                                                          Case No. 11-73479-reg
Daniel B Karron                                                                 Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0207-8          User: swu                  Page 1 of 1            Date Rcvd: May 27, 2011
                              Form ID: pdfdat            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2011.
db            +Daniel B Karron,    348 East Fulton Street,    Long Beach, NY 11561-2327
tr            +Neil H Ackerman,    Barton Barton & Plotkin LLP,    420 Lexington Avenue,    New York, NY 10170-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 29, 2011**              **Signature:**    _Joseph Speetjens_