Daniel B Komon
348 E Fulton Street
Long Beach NY 11561

May 31 2011

Judge Robert E Grossman
US Bankruptcy Court Judge
Eastern District New York - Central Islip.
560 Federal Plaza
Central Islip, NY 11722-4437
RE 8-11-73479-reg

Dear Judge Grossman:

Due to extenuating personal circumstances and the complexity of my tax situation, I humbly request a __14 day__ additional time extension on the paperwork due __today__ (or yesterday but it was Memorial day Holiday). I have not previously requested an extension in this case ~~papers~~.

Thank you for your consideration

Daniel Komon
Pro Se debtor