UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re: Case No. 811-73479 -reg

Daniel B. Karron,

                                      Chapter 7

        Debtor.

---------------------------------------------------------------x

## ORDER EXTENDING TIME TO FILE DOCUMENTS, SCHEDULES

        The Debtor, Daniel B. Karron, having filed a petition for relief under Chapter 7 of the Bankruptcy Code on May 16, 2011, and upon the application of the Debtor dated May 31, 2011, requesting an extension of time to file the plan and all missing schedules and documents required to be filed pursuant to 11 U.S.C. § 521(a)(1) which were not included with the filing of the Chapter 7 petition, it is hereby

        ORDERED, that the Debtor's time to file the above-listed documents which were not included with the filing of the petition is extended up to and including June 29, 2011; and it is further

        ORDERED, that the Debtor shall serve copies of the above-listed documents upon the chapter 7 Trustee.

Dated: Central Islip, New York  
       June 2, 2011

/s/ Robert E. Grossman  
**Robert E. Grossman**  
**United States Bankruptcy Judge**