Certificate Number: 05781-NYE-DE-015143540

Bankruptcy Case Number: ~~08-73479~~ 11-73479



05781-NYE-DE-015143540

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 13, 2011, at 8:33 o'clock AM PDT, DANIEL KARRON completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of New York.

Date: June 13, 2011

By: /s/Allison M Geving

Name: Allison M Geving

Title: President

*RECEIVED 2011 JUN 14 P 3:53 CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK*