

DANIEL B KARRON
CASE
8-11-73479-Reg

Skip Navigation

The access keys for this page are:

- Alt + 0 links to the Unemployment Benefits Accessibility statement
- Alt + 1 links to the Unemployment Benefits Homepage
- Alt + 2 allows you to skip the site navigation directly to the main content area of the page.
- Alt + 3 links to the Department of Labor Homepage
- Alt + 4 links you to the Unemployment Benefits Help page





# New York State Department of Labor

## Unemployment Insurance Benefits Online

### Official Record of Benefit Payment History

Welcome Daniel B. Karron, to your New York State Department of Labor Benefits Inquiry homepage.

**Current Claim Data**

| | |
|---:|:---|
| **Name:** | Daniel B. Karron |
| **Social Security Number:** | 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 |
| **Start/Effective Date:** | 04/12/2010 |
| **Benefit Year Ending Date:** | 04/17/2011 |
| **Weekly Benefit Amount:** | $150.00 |
| **Maximum Amount Payable:** | $10,950.00 |
| **Remaining Balance:** | $1,987.50 |

RECEIVED 2011 JUN 14 P 3: 56

Latest Transaction(s) as of 06/14/2011

- You last certified for benefits for the week ending 06/12/2011.
- Your payment for the week ending 06/12/2011 was authorized on 06/13/2011.
- Weekly payments for $25 showing "0" under the "Effective Days" column, and Direct Payment Card or Direct Deposit under the "Type" column, are the Federal Additional Compensation (FAC) payments.

Please allow three business days for benefits to be processed.

- If a payment was released and three days have passed and funds are not in your account, Direct Payment Card customers should contact Chase Customer Service at 1-877-221-1634. Customers who have benefits directly deposited into a personal checking account should contact their own bank.
- If a payment is not listed as released within two business days of your certification, you may contact the Telephone Claims Center (TCC) at the toll-free 1-888-209-8124 number (1-877-358-5306 for out-of-state residents) between 8:00 am and 5:00 pm, Monday through Friday.

Failure to complete and return questionnaires mailed to you will delay your claim or result in the denial and/or suspension of benefits.

Payment History

| Week Ending | Total Amount | Net Amount | Effective Days | Release Date | Type |
|---|---|---|---|---|---|
| 06/12/2011 | $150.00 | $150.00 | 4 | 06/13/2011 | Direct Deposit |
| 06/05/2011 | $150.00 | $150.00 | 4 | 06/08/2011 | Direct Deposit |
| 05/29/2011 | $150.00 | $150.00 | 4 | 05/31/2011 | Direct Deposit |

| Date | Amount | Amount | Count | Date | Method |
|---|---|---|---|---|---|
| 05/22/2011 | $150.00 | $150.00 | 4 | 05/23/2011 | Direct Deposit |
| 05/15/2011 | $112.50 | $112.50 | 3 | 05/17/2011 | Direct Deposit |
| 05/08/2011 | $150.00 | $150.00 | 4 | 05/10/2011 | Direct Deposit |
| 05/01/2011 | $150.00 | $150.00 | 4 | 05/02/2011 | Direct Deposit |
| 04/24/2011 | $150.00 | $150.00 | 4 | 04/27/2011 | Direct Deposit |
| 04/17/2011 | $150.00 | $150.00 | 4 | 04/18/2011 | Direct Deposit |
| 04/10/2011 | $150.00 | $150.00 | 4 | 04/11/2011 | Direct Deposit |
| 04/03/2011 | $150.00 | $150.00 | 4 | 04/04/2011 | Direct Deposit |
| 03/27/2011 | $150.00 | $150.00 | 4 | 03/28/2011 | Direct Deposit |
| 03/20/2011 | $150.00 | $150.00 | 4 | 03/21/2011 | Direct Deposit |
| 03/13/2011 | $150.00 | $150.00 | 4 | 03/14/2011 | Direct Deposit |
| 03/06/2011 | $150.00 | $150.00 | 4 | 03/07/2011 | Direct Deposit |
| 02/27/2011 | $150.00 | $150.00 | 4 | 02/28/2011 | Direct Deposit |
| 02/20/2011 | $150.00 | $150.00 | 4 | 02/22/2011 | Direct Deposit |
| 02/13/2011 | $150.00 | $150.00 | 4 | 02/14/2011 | Direct Deposit |
| 02/06/2011 | $150.00 | $150.00 | 4 | 02/07/2011 | Direct Deposit |
| 01/30/2011 | $150.00 | $150.00 | 4 | 01/31/2011 | Direct Deposit |
| 01/23/2011 | $150.00 | $150.00 | 4 | 01/24/2011 | Direct Deposit |
| 01/16/2011 | $150.00 | $150.00 | 4 | 01/18/2011 | Direct Deposit |
| 01/09/2011 | $150.00 | $150.00 | 4 | 01/10/2011 | Direct Deposit |
| 01/02/2011 | $150.00 | $150.00 | 4 | 01/03/2011 | Direct Deposit |
| 12/26/2010 | $150.00 | $150.00 | 4 | 12/27/2010 | Direct Deposit |
| 12/19/2010 | $150.00 | $150.00 | 4 | 12/20/2010 | Direct Deposit |
| 12/12/2010 | $150.00 | $150.00 | 4 | 12/13/2010 | Direct Deposit |
| 12/12/2010 | $25.00 | $25.00 | 0 | 12/13/2010 | Direct Deposit |
| 12/05/2010 | $150.00 | $150.00 | 4 | 12/06/2010 | Direct Deposit |
| 12/05/2010 | $25.00 | $25.00 | 0 | 12/06/2010 | Direct Deposit |
| 11/28/2010 | $150.00 | $150.00 | 4 | 11/29/2010 | Direct Deposit |
| 11/28/2010 | $25.00 | $25.00 | 0 | 11/29/2010 | Direct Deposit |
| 11/21/2010 | $150.00 | $150.00 | 4 | 11/22/2010 | Direct Deposit |
| 11/21/2010 | $25.00 | $25.00 | 0 | 11/22/2010 | Direct Deposit |
| 11/14/2010 | $150.00 | $150.00 | 4 | 11/15/2010 | Direct Deposit |
| 11/14/2010 | $25.00 | $25.00 | 0 | 11/15/2010 | Direct Deposit |
| 11/07/2010 | $150.00 | $150.00 | 4 | 11/08/2010 | Direct Deposit |
| 11/07/2010 | $25.00 | $25.00 | 0 | 11/08/2010 | Direct Deposit |
| 10/31/2010 | $150.00 | $150.00 | 4 | 11/01/2010 | Direct Deposit |
| 10/31/2010 | $25.00 | $25.00 | 0 | 11/01/2010 | Direct Deposit |
| 10/24/2010 | $150.00 | $150.00 | 4 | 10/25/2010 | Direct Deposit |
| 10/24/2010 | $25.00 | $25.00 | 0 | 10/25/2010 | Direct Deposit |
| 10/17/2010 | $150.00 | $150.00 | 4 | 10/18/2010 | Direct Deposit |
| 10/17/2010 | $25.00 | $25.00 | 0 | 10/18/2010 | Direct Deposit |
| 10/10/2010 | $150.00 | $150.00 | 4 | 10/12/2010 | Direct Deposit |
| 10/10/2010 | $25.00 | $25.00 | 0 | 10/12/2010 | Direct Deposit |
| 10/03/2010 | $150.00 | $150.00 | 4 | 10/04/2010 | Direct Deposit |
| 10/03/2010 | $25.00 | $25.00 | 0 | 10/04/2010 | Direct Deposit |
| 09/26/2010 | $150.00 | $150.00 | 4 | 09/27/2010 | Direct Deposit |
| 09/26/2010 | $25.00 | $25.00 | 0 | 09/27/2010 | Direct Deposit |
| 09/19/2010 | $150.00 | $150.00 | 4 | 09/20/2010 | Direct Deposit |
| 09/19/2010 | $25.00 | $25.00 | 0 | 09/20/2010 | Direct Deposit |

| | | | | | |
|---|---|---|---|---|---|
| 09/12/2010 | $150.00 | $150.00 | 4 | 09/13/2010 | Direct Deposit |
| 09/12/2010 | $25.00 | $25.00 | 0 | 09/13/2010 | Direct Deposit |
| 09/05/2010 | $150.00 | $150.00 | 4 | 09/07/2010 | Direct Deposit |
| 09/05/2010 | $25.00 | $25.00 | 0 | 09/07/2010 | Direct Deposit |
| 08/29/2010 | $150.00 | $150.00 | 4 | 08/31/2010 | Direct Deposit |
| 08/29/2010 | $25.00 | $25.00 | 0 | 08/31/2010 | Direct Deposit |
| 08/22/2010 | $150.00 | $150.00 | 4 | 08/23/2010 | Direct Deposit |
| 08/22/2010 | $25.00 | $25.00 | 0 | 08/23/2010 | Direct Deposit |
| 08/15/2010 | $150.00 | $150.00 | 4 | 08/16/2010 | Direct Deposit |
| 08/15/2010 | $25.00 | $25.00 | 0 | 08/16/2010 | Direct Deposit |
| 08/08/2010 | $150.00 | $150.00 | 4 | 08/09/2010 | Direct Deposit |
| 08/08/2010 | $25.00 | $25.00 | 0 | 08/09/2010 | Direct Deposit |
| 08/01/2010 | $150.00 | $150.00 | 4 | 08/03/2010 | Direct Deposit |
| 08/01/2010 | $25.00 | $25.00 | 0 | 08/03/2010 | Direct Deposit |
| 07/25/2010 | $150.00 | $150.00 | 4 | 07/26/2010 | Direct Deposit |
| 07/25/2010 | $25.00 | $25.00 | 0 | 07/26/2010 | Direct Deposit |
| 07/18/2010 | $150.00 | $150.00 | 4 | 07/20/2010 | Direct Deposit |
| 07/18/2010 | $25.00 | $25.00 | 0 | 07/20/2010 | Direct Deposit |
| 07/11/2010 | $150.00 | $150.00 | 4 | 07/19/2010 | Direct Deposit |
| 07/11/2010 | $25.00 | $25.00 | 0 | 07/19/2010 | Direct Deposit |
| 07/04/2010 | $150.00 | $150.00 | 4 | 07/06/2010 | Direct Deposit |
| 07/04/2010 | $25.00 | $25.00 | 0 | 07/06/2010 | Direct Deposit |
| 06/27/2010 | $150.00 | $150.00 | 4 | 06/29/2010 | Direct Deposit |
| 06/27/2010 | $25.00 | $25.00 | 0 | 06/29/2010 | Direct Deposit |
| 06/20/2010 | $150.00 | $150.00 | 4 | 06/22/2010 | Direct Deposit |
| 06/20/2010 | $25.00 | $25.00 | 0 | 06/22/2010 | Direct Deposit |
| 06/13/2010 | $150.00 | $150.00 | 4 | 06/16/2010 | Direct Deposit |
| 06/13/2010 | $25.00 | $25.00 | 0 | 06/16/2010 | Direct Deposit |
| 06/06/2010 | $150.00 | $150.00 | 4 | 06/08/2010 | Direct Deposit |
| 06/06/2010 | $25.00 | $25.00 | 0 | 06/08/2010 | Direct Deposit |
| 05/30/2010 | $150.00 | $150.00 | 4 | 06/02/2010 | Direct Deposit |
| 05/30/2010 | $25.00 | $25.00 | 0 | 06/02/2010 | Direct Deposit |
| 05/23/2010 | $150.00 | $150.00 | 4 | 05/25/2010 | Direct Deposit |
| 05/23/2010 | $25.00 | $25.00 | 0 | 05/25/2010 | Direct Deposit |
| 05/16/2010 | $150.00 | $150.00 | 4 | 05/19/2010 | Direct Deposit |
| 05/16/2010 | $25.00 | $25.00 | 0 | 05/19/2010 | Direct Deposit |
| 05/09/2010 | $150.00 | $150.00 | 4 | 05/11/2010 | Direct Deposit |
| 05/09/2010 | $25.00 | $25.00 | 0 | 05/11/2010 | Direct Deposit |
| 05/02/2010 | $150.00 | $150.00 | 4 | 05/04/2010 | Direct Deposit |
| 05/02/2010 | $25.00 | $25.00 | 0 | 05/04/2010 | Direct Deposit |
| 04/25/2010 | $150.00 | $150.00 | 4 | 04/27/2010 | Direct Deposit |
| 04/25/2010 | $25.00 | $25.00 | 0 | 04/27/2010 | Direct Deposit |
| 04/18/2010 | $0.00 | $0.00 | 4 | 04/22/2010 | Waiting week |

Benefit Year Ending Date - The Benefit Year Ending date (BYE) is the date your unemployment insurance claim ends and you can no longer collect benefits on that claim. If you remain unemployed after the BYE date and believe that you had sufficient employment to qualify for a new claim, you must immediately file a new claim.

Weekly Benefit Amount - The amount of money to which a claimant may be entitled each week. The amount is based on the claimant's wages

pa d during the base period.

<u>Maximum Amount Payable</u> - Although your claim lasts one year, during that time you can only receive 26 times your full weekly rate.

<u>Payment History Terms</u>

Total Amount - The benefit amount to which you are entitled for the week.

Net Amount - The total amount minus any deductions (such as child support or Federal tax withholding), i.e. the amount you received.

Effective Days - The days in a week a claimant may receive benefits. The first three unemployed days of a week that the claimant is eligible are qualifying days. The last four unemployed days of a week that the claimant is eligible are effective days.

Type

- Direct Deposit - Benefit payment was transferred to your checking account on file on the date stated under the "Release Date" column. It may take three business days for payments to be processed.
- Direct Payment Card - Benefit payment was transferred to your Chase Direct Payment Card on the date stated under the "Release Date" column. It may take three business days for payments to be processed.
- Payment - Benefit payment was issued by a check on the date stated under the "Release Date" column. As of September 2006, paper checks are no longer issued.
- Waiting week - Before any benefits can be paid, an unpaid waiting period equivalent to one full week of unemployment benefits must be served. You are subject to the same eligibility requirements for this period as you are when you claim a benefit payment. If you work at all during the first week of your claim, or for other reasons do not serve a full waiting week, the unpaid time extends into the next week(s).
- Adjustment - Payment was issued as a result of a correction or change made to payment(s) previously issued. Payment was issued to either your checking account or your Direct Payment Card.
- Offset - Payment was used to recoup outstanding prior overpayments by withholding and offsetting current benefits.
- Forfeit - Payment was used to liquidate a prior forfeit penalty by withholding and offsetting current benefits. A forfeit is a penalty imposed for willful false statement(s) or misrepresentation(s) made in order to obtain unemployment benefits.

Date of Inquiry: 06/14/2011

Exit