(copy)

DANIEL B KARRON
CASE
8-11-73479-reg

C. Gursel

348 East Fulton Street

Long Beach, NY 11561

June 14, 2011

To Whom This May Concern

Catherine Gursel is boarding at 348 East Fulton Street, Long Beach, NY and pays DB Karron 600$ month toward expenses.

Sincerely,

Catherine Gursel

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
2011 JUN 14 P 3:56
RECEIVED