

D. B. Karron,
348 East Fulton Street
Long Beach, New York 11561
E-Mail to dbkarron@gmail.com
Facsimile +1 (516) 308 - 1982
Voice +1 (516) 515 - 1474
Cell +1 (917) 674 - 0848

Monday June 13, 2011 at 14:36:45 Hours

Judge Robert E. Grossman
United States Bankruptcy Court
Eastern District of New York

E-Mail to abkarron@gmail.com

RE: Daniel B. Karron, United States Bankruptcy Court Eastern District of New York
Case number 8-11-73479-reg to Judge Robert E. Grossman.

Dear Judge Grossman;

Attached are my submissions to complete my Chapter 7 Filing.

Certain materials are entered but not as accurate as they should be.
I would like to resubmit those living expenses as I get copies of the utility bills and house bills from the various agencies. I have enclosed my certificate of debtor class. I have a forensic bookkeeper, Deborah Dunlevy, working on my taxes, which I am paying as best I can.

I am requesting an additional 10 days to complete and re-complete all of the requisite forms and further request that the 341(a) meeting be moved back 45 days from this date. Taxes may take a while to bring up to date, there are almost 8 years of Unfiled and misfiled corporate, payroll and personal taxes involved. The delay was due to 5 years of being the target of a federal criminal investigation that resulted in my non filing of taxes in protection of my 5th Amendment rights as advised by counsel. I am also working with the IRS agent on my case. We believe there are no taxes due..

Sincerely,

D. B. Karron