# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: swu | Date Created: 6/16/2011 |
| Case: 8−11−73479−reg | Form ID: 273 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust        United States Trustee        USTPRegion02.LI.ECF@usdoj.gov

                                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Daniel B Karron        348 East Fulton Street        Long Beach, NY 11561
tr         Neil H Ackerman       Ackerman Spence, PLLC        500 N. Broadway        Suite 200        Jericho, NY 11753

                                                                                    TOTAL: 2