Case 8-11-73479-reg    Doc 23    Filed 06/16/11    Entered 06/16/11 15:37:18

Thursday, June 16, 2011 2:31 From: D B Karron, Ph.D., Computer Aided Surgery and Informatics (+1 516 3081982) - To: Attention: Sandy at NYED Central Islip Bankruptcy Court        Page 2 of 3

Certificate Number: 05781-NYE-DE-015184720

Bankruptcy Case Number: 11-73479



05781-NYE-DE-015184720

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 13, 2011, at 8:33 o'clock AM PDT, DANIEL KARRON completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of New York.

Date: June 16, 2011                By:    /s/Allison M Geving

                                   Name:  Allison M Geving

                                   Title: President