# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722−9013

---

IN RE:   CASE NO: 8−11−73479−reg

Daniel B Karron
aka Dianne Karron
aka D B Karron
aka Dan Karron

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:   CHAPTER: 7

xxx−xx−5466

DEBTOR(s)

---

## FINAL NOTICE OF SECTION 521 DEFICIENCIES

**NOTICE IS HEREBY GIVEN THAT:**

One or more deficiencies remain regarding the document(s) indicated below. Under § 521(i)(1) of the Bankruptcy Code, these documents are required to be filed no later than 45 days from the filing of the petition.

- ☐ Notice to Individual Consumer Debtor Under **§342(b)** of the Bankruptcy Code (Official Form B201)
- ☐ Schedule A
- ☐ Schedule B
- ☑ Schedule D
- ☑ Schedule E
- ☑ Schedule F
- ☑ Schedule I
- ☐ Schedule J
- ☐ Statement of Financial Affairs
- ☑ Statement of Monthly Means Test and Income Calculation
- ☐ Copies of Pay Statements received within 60 days prior to the date of filing

Failure to file the required documents within 45 days of the date of filing of the petition may result in the case being dismissed without further notice or hearing, unless an extension of time under § 521(i)(3) or (4) of the Bankruptcy Code is made.

Dated: June 16, 2011

For the Court, Robert A. Gavin, Jr., Clerk of Court

**GTntcdef521.jsp** [Final Deficiency Notice rev.08/20/09]

```
                            United States Bankruptcy Court
                             Eastern District of New York

In re:                                                              Case No. 11-73479-reg
Daniel B Karron                                                     Chapter 7
        Debtor                    CERTIFICATE OF NOTICE

District/off: 0207-8          User: swu              Page 1 of 1              Date Rcvd: Jun 16, 2011
                              Form ID: 273           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2011.
db           +Daniel B Karron,    348 East Fulton Street,    Long Beach, NY 11561-2327
tr           +Neil H Ackerman,    Ackerman Spence, PLLC,    500 N. Broadway,   Suite 200,
               Jericho, NY 11753-2128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 18, 2011**             **Signature:** *Joseph Speetjens*