**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
290 Federal Plaza
Central Islip, NY 11722

_____

IN RE:                                                                                           Case No.

                                                                                                        Chapter:

SSN/TAX ID: XXX-XX-

_____

### REQUEST FOR JUDICIAL DETERMINATION
### CONCERNING DISMISSAL PURSUANT TO 11 U.S.C. § 521(i)

The Clerk's Office requests the Court to determine this case should be dismissed pursuant to 11 U.S.C. § 521(I). The following deficiencies under 11 U.S.C. § 521 (a)(1) are noted:

- ☐ Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code (Official Form B201)
- ☐ Schedule A (Real Property) (Official Form B6A)
- ☐ Schedule B (Personal Property) (Official Form B6B)
- ☐ Schedule D (Creditors Holding Secured Claims) (Official Form B6D)
- ☐ Schedule E (Creditors Holding Unsecured Priority Claims) (Official B6E)
- ☐ Schedule F (Creditors Holding Unsecured Nonpriority Claims) (Official Form B6F)
- ☐ Schedule I (Current Income of Individual Debtor) (Official Form B6I)
- ☐ Schedule J (Current Expenditures of Individual Debtor) (Official B6J)
- ☐ Statement of Financial Affairs (Official Form 7)
- ☐ Statement of Monthly Income and Means Test Calculation (Official Form B22A)
- ☐ Copies of Pay Statements received within 60 days of filing from any employer *or* a statement indicating this requirement is not applicable

**By the Court:** _____                    **Date:** _____

- ☐ The Clerk's Office is directed to dismiss this case pursuant to 11 U.S.C. § 521(i)(1).
- ☐ The Clerk's Office is directed not to dismiss this case pursuant to 11 U.S.C. § 521(i)(1) for the following reason:

    _____
    _____

**SO ORDERED**