# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722−9013

---

IN RE:                                                          CASE NO: 8−11−73479−reg

Daniel B Karron
aka Dianne Karron
aka D B Karron
aka Dan Karron

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:        CHAPTER: 7

xxx−xx−5466

                DEBTOR(s)

---

## NOTICE OF DISCOVERY OF ASSETS

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

It appeared from schedules filed when this case was initiated that there were no assets from which dividends could be paid to creditors and this was indicated on the notice of meeting of creditors.

It now appears that the payment of a dividend may be possible. Creditors must now file claims in order to share in any distribution from the estate. Claims must be filed with the Clerk's Office at the location given below:

UNITED STATES BANKRUPTCY COURT
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722−9013

**Creditors who have previously filed a claim in this case need not file again. Claims must be filed on or before November 14, 2011 . Claims filed after November 14, 2011 will not be allowed.**

Proofs of claim may be filed over the Internet, on CD−ROM, on diskette or in paper form. To file a proof of claim over the internet, you must be an Electronic Case Filing account holder. If you are not a current account holder and wish to obtain a Limited Access Creditor Password to file claims, please complete the application located at www.nyeb.uscourts.gov/ecf/Train_Sched/creditor_application_2006.pdf and return to address on application.

Dated: August 15, 2011

                                                 For the Court, Robert A. Gavin, Jr., Clerk of Court