# Notice Recipients

District/Off: 0207−8  User: swu  Date Created: 8/15/2011
Case: 8−11−73479−reg  Form ID: 178  Total: 63

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Daniel B Karron | 348 East Fulton Street | Long Beach, NY 11561 | |
| tr | Neil H Ackerman | Ackerman Spence, PLLC | 500 N. Broadway Suite 200 | Jericho, NY 11753 |
| smg | NYS Department of Taxation &Finance | Bankruptcy Unit | PO Box 5300 | Albany, NY 12205 |
| smg | NYS Unemployment Insurance | Attn: Isolvency Unit | Bldg. #12, Room 256 | Albany, NY 12240 |
| smg | NYC Department of Finance | 345 Adams Street, 3rd Floor | Attn: Legal Affairs − Devora Cohn | Brooklyn, NY 11201 |
| smg | United States Trustee | Office of the United States Trustee | Long Island Federal Courthouse | 560 Federal Plaza Central Islip, NY 11722−4437 |
| 7206197 | ARENT FOX PLLC | 1050 Connecticut Avenue NW | Washington, DC 20036−5339 | |
| 7206177 | Abe Karron | 70 CURTIS AVE | MANASQUAN NJ 08736−3502 | |
| 7206209 | Aegis Receivables Management Inc | Formerly Known as Global Vantage In. | PO Box 404 | Fort Mill, SC 29716−0404 |
| 7216963 | American Express Bank FSB | c/o Becket and Lee LLP | POB 3001 | Malvern PA 19355−0701 |
| 7206208 | American Express Travel Related Services | OA Special Research | PO Box 981540 | El Paso, TX 79998−1540 |
| 7206178 | Amiee Idan Karron | 16 Wilson Terrace | West Caldwell, NJ 07006 | |
| 7206180 | BARCLAYS BANK DELAWARE | WEST MARINE | c/o FINANCIAL RECOVERY SERVICES INC | PO Box 385908 Minneapolis, MN 55438−5908 |
| 7206212 | BI Incorporated | 6400 Lookout Road | Boulder, CO 80301 | |
| 7206228 | BJ LIDE | US Department ofCommerce | National Institute of Standards and Tech | Advanced Technology Program |
| 7206205 | BUNAMICI &LARAUS LLP | ALBERT BUONAMICI ESQ | 222 Bloomingdale Road | Suite 301 White Plains, NY 10605 |
| 7206195 | Best Buy Inc | Main Street Acquisitions | RPM Receivables Performance Management 5 | PO Box 1548 Lynnwood, W A 08036 |
| 7206184 | CAC FINANCIAL CORP | 2601 NW EXPRESSWAY SUITE 1000 EAST | OKLAHOMA CITY, OKLAHOMA 73112−7236 | |
| 7206202 | Chase Bank | Card member Service | PO Box 15548 | Wilmington, DE 19886−5548 |
| 7206203 | Chase Bank | Dept 673 | PO Box 4115 | Concord, CA 94524 |
| 7206206 | Chase Bank | PO Box 260161 | Baton Rouge, LA 70826−0161 | |
| 7206232 | Chi T Steve Kwok | US Attorneys Office SDNY | One St Andrews Plaza | New York, NY 10007 |
| 7206221 | Con Edison | c/o MERCANTILE ADJUSTMENT BUREAU LLC | 6341 Inducon Drive East | Sanborn, NY 14l32−9097 |
| 7206213 | Discover Financial Services | PO Box 6103 | Carol Stream, IL 60197−6103 | |
| 7206214 | Dr Robert A Krackow DDS | 509 Madison Avenue | Suite 1716 | New York, NY 10022 |
| 7206179 | Estate ofNathaniel Karron | c/o Diana Karron | 110 Lighthouse Dr. | Saugerties, NY 12477 |
| 7206183 | GE MONEY BANK | PO BOX 960061 | ORLANDO, FL 32896−0061 | |
| 7206182 | HOME DEPOT CREDIT SERVICES | PROCESSING CENTER | DES MOINES, IA 50364−0500 | |
| 7206190 | HSBC RETAIL SERVICES | NCB Management Services Inc | PO Box 1099 | Langhorne, P A 19047 |
| 7206217 | Homefront Hardware | 202 East 29th Street | New York, NY 10016 | |
| 7206191 | Internal Revenue Service | Deborah Lynch | 107 CHARLES LINDBERGH BLVD | GARDEN CITY, NY 11530−4819 |
| 7206186 | Jill C Feldman, CPA | 183 Madison Avenue | Suite 602 | New York, NY 10016 |
| 7206218 | Joan A Rosenberg | 300 East 33rd Street | Apartment 6K | New York, NY 10016 |
| 7206187 | Joan M Hayes CPA | 239 Delano Ave W, | Yonkers, NY 10704. | |
| 7206200 | Julie Weihlinger | U.S. Department ofCommerce | National Institute ofStandards and Techn | Advanced Technology Program Receivables Group 100 BureauDrive−MaiiStop 1624 |
| 7206185 | Ken Jackson | The Jackson Group | 114 West 29th Street | New York, New York 10001 |
| 7206207 | Kirshenbaum &Phillips PC | 3000 Hempstead Turnpike | 4th Floor | Levittown, NY 11756 |
| 7206201 | LACY KATZEN LLP | Michael S Schnittman Esq | Mark H Stein Esq | Francesco Fabiano Esq Attorneys for Plaintiff The Granite Building |
| 7206222 | LONG BEACH MEDICAL Center | 455 East Bay Drive | Long Beach, NY 11561 | |
| 7206223 | LONG BEACH MEDICAL Center | c/o EASTERN ACCOUNT SYSTEMOF CONNECTICUT | PO Box 1022 | Wixom, MI 48393−1022 |
| 7206193 | Laura Adrienne Oppenheim | Mintz &Oppenheim, LLP | 260 Madison Avenue, 18th Flr. | New York, NY 10016 |
| 7206210 | Long Island Power Authority | POBox 888 | Hicksville NY 11802−0888 | |
| 7206225 | Ludlow Garage | 151 Attorney Street | New York, NY 10002 | |
| 7206198 | M Scott Peeler Esq | Arent Fox LLP | 1675 Broadway | New York, NY 10019 |
| 7206231 | MICHAEL J BYARS | Assistant United States Attorney | 86 Chambers Street | New York, NY 10007 |
| 7206196 | MTA BRIDGES EZ PASS | c/o NCO Financial Systems Inc | 507 Prudential Road | Horsham, PA 19044 |
| 7206194 | Marshall Aron Mintz | Mintz &Oppenheim, LLP | 260 Madison Avenue 18th Flr | New York, NY 10016 |
| 7206216 | NARS | New York Sports club File 331−9559 | PO Box 701 | Chesterfield, MO 63006 |
| 7206211 | National Grid | Newbridge Rd at Sunrise Highway | Bellmore, NY 11710 | |

| | | | | |
|---|---|---|---|---|
| 7206224 | New York City Department of Finance | Parking Violations | PO Box 2127 | Peck Slip Station |
| | CU065427 | New York, NY 10272–2127 | | |
| 7206188 | Oxford Health Plans | PO Box 1697 | Newark, NJ 07101–1697 | |
| 7206204 | PINNACLE FINANCIAL GROUP | 7825 Washington Ave S Ste 310 | Minneapolis, MN 55439–2409 | |
| 7206181 | RADIOSHACK CREDIT PLAN | PROCESSING CENTER | DES MOINES, IA 50364–0001 | |
| 7206192 | Rubinstein and Corozzo LLP | Ronald Rubinstein, Esq | 260 Madison Avenue 220d Floor | New York, New York 10016 |
| 7206189 | SCHWARTZ &SALOMON, Pc | 225 Broadway # 4200 | New York, NY 10007–3003 | |
| 7206215 | Silicon City | Howell Silverman, | 354 S. Oyster Bay Road | Syosset, NY 11791 |
| 7206219 | Spitz and Greenstein CPA | Melvin Spitz, CPA | 494 Eighth A venue | New York, NY 10001 |
| 7206199 | Steven Kimelman, Esq | 1675 Broadway | New York, NY 10019 | |
| 7206220 | The Law Offices of Randall S Newman PC | 37 WALL STREET PENTHOUSE D | NEW YORK, NY 10005 | |
| 7206230 | United States Attorney | Assistant United States Attorney | MARIA A COTTO | Financial Investigator 86 Chambers Street New York, NY 10007 |
| 7206229 | United States Attorney | Southern District a/New York | FINANCIAL LITIGATION UNIT KATHLEEN A ZEBROWSKI | 86 Chambers Street New York, NY 10007 |
| 7206227 | VERIZON | PO BOX 1100 | ALBANY, NY 12250–0001 | |
| 7206226 | Verizon Wireless | 26935 Nortlrwestern Hwy Ste 100 CFS | Southfield, MI –1–8033 | |

TOTAL: 63