# United States Bankruptcy Court

### Eastern District of New York
### 290 Federal Plaza, P.O. Box #9013
### Central Islip, NY 11722−9013

---

IN RE:

Daniel B Karron
aka Dianne Karron
aka D B Karron
aka Dan Karron

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:

    xxx−xx−5466

           DEBTOR(s)

CASE NO: 8−11−73479−reg

CHAPTER: 7

---

## NOTICE OF DISCOVERY OF ASSETS

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

It appeared from schedules filed when this case was initiated that there were no assets from which dividends could be paid to creditors and this was indicated on the notice of meeting of creditors.

It now appears that the payment of a dividend may be possible. Creditors must now file claims in order to share in any distribution from the estate. Claims must be filed with the Clerk's Office at the location given below:

UNITED STATES BANKRUPTCY COURT
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722−9013

**Creditors who have previously filed a claim in this case need not file again. Claims must be filed on or before November 14, 2011 . Claims filed after November 14, 2011 will not be allowed.**

Proofs of claim may be filed over the Internet, on CD−ROM, on diskette or in paper form. To file a proof of claim over the internet, you must be an Electronic Case Filing account holder. If you are not a current account holder and wish to obtain a Limited Access Creditor Password to file claims, please complete the application located at www.nyeb.uscourts.gov/ecf/Train_Sched/creditor_application_2006.pdf and return to address on application.

Dated: August 15, 2011

For the Court, Robert A. Gavin, Jr., Clerk of Court

| UNITED STATES BANKRUPTCY COURT Eastern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Daniel B Karron | Case Number:     8-11-73479-reg |
|---|---|

**NOTE:** *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:

**Court Claim Number:**_____
*(If known)*

Telephone number:

Filed on:_____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

**1. Amount of Claim as of Date Case Filed:**     $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

    **3a. Debtor may have scheduled account as:** _____
    (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:**

**Value of Property: $**_____   **Annual Interest Rate**___%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any: $**_____   **Basis for perfection:** _____

**Amount of Secured Claim: $**_____   **Amount Unsecured: $**_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).  If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

**Amount entitled to priority:**

$_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*\*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

United States Bankruptcy Court
Eastern District of New York

In re:                                                          Case No. 11-73479-reg
Daniel B Karron                                                 Chapter 7
          Debtor
# CERTIFICATE OF NOTICE

District/off: 0207-8        User: swu         Page 1 of 2        Date Rcvd: Aug 15, 2011
                           Form ID: 178       Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2011.
```
db          +Daniel B Karron,   348 East Fulton Street,   Long Beach, NY 11561-2327
smg         +NYC Department of Finance,   345 Adams Street, 3rd Floor,   Attn: Legal Affairs - Devora Cohn,
             Brooklyn, NY 11201-3719
smg          NYS Department of Taxation & Finance,   Bankruptcy Unit,   PO Box 5300,   Albany, NY 12205-0300
smg         +NYS Unemployment Insurance,   Attn: Isolvency Unit,   Bldg. #12, Room 256,
             Albany, NY 12240-0001
7206197      ARENT FOX PLLC,   1050 Connecticut Avenue NW,   Washington, DC 20036-5339
7206177      Abe Karron,   70 CURTIS AVE,   MANASQUAN NJ 08736-3502
7206209      Aegis Receivables Management Inc,   Formerly Known as Global Vantage In.,   PO Box 404,
             Fort Mill, SC 29716-0404
7206178     +Amiee Idan Karron,   16 Wilson Terrace,   West Caldwell, NJ 07006-7923
7206180      BARCLAYS BANK DELAWARE,   WEST MARINE,   c/o FINANCIAL RECOVERY SERVICES INC,   PO Box 385908,
             Minneapolis, MN 55438-5908
7206212     +BI Incorporated,   6400 Lookout Road,   Boulder, CO 80301-3378
7206205     +BUNAMICI & LARAUS LLP,   ALBERT BUONAMICI ESQ,   222 Bloomingdale Road,   Suite 301,
             White Plains, NY 10605-1511
7206195     +Best Buy Inc,   Main Street Acquisitions,   RPM Receivables Performance Management 5,
             PO Box 1548,   Lynnwood 98046-1548
7206184      CAC FINANCIAL CORP,   2601 NW EXPRESSWAY SUITE 1000 EAST,   OKLAHOMA CITY, OKLAHOMA 73112-7236
7206203     +Chase Bank,   Dept 673,   PO Box 4115,   Concord, CA 94524-4115
7206232     +Chi T Steve Kwok,   US Attorneys Office SDNY,   One St Andrews Plaza,   New York, NY 10007-1791
7206221     +Con Edison,   c/o MERCANTILE ADJUSTMENT BUREAU LLC,   6341 Inducon Drive East,
             Sanborn, NY 14132-9016
7206214     +Dr Robert A Krackow DDS,   509 Madison Avenue,   Suite 1716,   New York, NY 10022-5527
7206179     +Estate ofNathaniel Karron,   c/o Diana Karron,   110 Lighthouse Dr.,   Saugerties, NY 12477-4257
7206182      HOME DEPOT CREDIT SERVICES,   PROCESSING CENTER,   DES MOINES, IA 50364-0500
7206190     +HSBC RETAIL SERVICES,   NCB Management Services Inc,   PO Box 1099,   Langhorne 19047-6099
7206217     +Homefront Hardware,   202 East 29th Street,   New York, NY 10016-8501
7206218     +Joan A Rosenberg,   300 East 33rd Street,   Apartment 6K,   New York, NY 10016-9408
7206187     +Joan M Hayes CPA,   239 Delano Ave W,,   Yonkers, NY 10704-3827
7206185     +Ken Jackson,   The Jackson Group,   114 West 29th Street,   New York, New York 10001-5594
7206207     +Kirshenbaum & Phillips PC,   3000 Hempstead Turnpike,   4th Floor,   Levittown, NY 11756-1342
7206223      LONG BEACH MEDICAL Center,   c/o EASTERN ACCOUNT SYSTEMOF CONNECTICUT,   PO Box 1022,
             Wixom, MI 48393-1022
7206222     +LONG BEACH MEDICAL Center,   455 East Bay Drive,   Long Beach, NY 11561-2300
7206193     +Laura Adrienne Oppenheim,   Mintz & Oppenheim, LLP,   260 Madison Avenue, 18th FIr.,
             New York, NY 10016-2401
7206210      Long Island Power Authority,   POBox 888,   Hicksville NY 11802-0888
7206225     +Ludlow Garage,   151 Attorney Street,   New York, NY 10002-1812
7206198     +M Scott Peeler Esq,   Arent Fox LLP,   1675 Broadway,   New York, NY 10019-5849
7206231     +MICHAEL J BYARS,   Assistant United States Attorney,   86 Chambers Street,
             New York, NY 10007-1825
7206196     +MTA BRIDGES &TUNNELS EZ PASS,   c/o NCO Financial Systems Inc,   507 Prudential Road,
             Horsham, PA 19044-2308
7206194     +Marshall Aron Mintz,   Mintz & Oppenheim, LLP,   260 Madison Avenue 18th Fir,
             New York, NY 10016-2401
7206216     +NARS,   New York Sports club File 331-9559,   PO Box 701,   Chesterfield, MO 63006-0701
7206211      National Grid,   Newbridge Rd at Sunrise Highway,   Bellmore, NY 11710
7206224      New York City Department of Finance,   Parking Violations,   PO Box 2127,
             Peck Slip Station C1065427,   New York, NY 10272-2127
7206188      Oxford Health Plans,   PO Box 1697,   Newark, NJ 07101-1697
7206181      RADIOSHACK CREDIT PLAN,   PROCESSING CENTER,   DES MOINES, IA 50364-0001
7206192     +Rubinstein and Corozzo LLP,   Ronald Rubinstein, Esq,   260 Madison Avenue 220d Floor,
             New York, New York 10016-2401
7206189      SCHWARTZ & SALOMON, Pc,   225 Broadway # 4200,   New York, NY 10007-3003
7206215     +Silicon City,   Howell Silverman,,   354 S. Oyster Bay Road,   Syosset, NY 11791-6913
7206219     +Spitz and Greenstein CPA,   Melvin Spitz, CPA,   494 Eighth A venue,   New York, NY 10001
7206199     +Steven Kimelman, Esq,   1675 Broadway,   New York, NY 10019-5829
7206220     +The Law Offices of Randall S Newman Pc,   37 WALL STREET PENTHOUSE D,   NEW YORK, NY 10005-2027
7206230     +United States Attorney,   Assistant United States Attorney,   MARIA A COTTO,
             Financial Investigator,   86 Chambers Street,   New York, NY 10007-1825
7206229     +United States Attorney,   Southern District a/New York,   FINANCIAL LITIGATION UNIT,
             KATHLEEN A ZEBROWSKI,   86 Chambers Street,   New York, NY 10007-1825
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: QNHACKERMAN.COM Aug 15 2011 18:13:00    Neil H Ackerman,   Ackerman Spence, PLLC,
             500 N. Broadway,   Suite 200,   Jericho, NY 11753-2128
smg         +E-mail/Text: ustpregion02.li.ecf@usdoj.gov Aug 15 2011 18:25:12    United States Trustee,
             Office of the United States Trustee,   Long Island Federal Courthouse,   560 Federal Plaza,
             Central Islip, NY 11722-4456
7216963      EDI: BECKLEE.COM Aug 15 2011 18:13:00    American Express Bank FSB,   c/o Becket and Lee LLP,
             POB 3001,   Malvern PA 19355-0701
7206208      EDI: AMEREXPR.COM Aug 15 2011 18:13:00    American Express Travel Related Services,
             OA Special Research,   PO Box 981540,   El Paso, TX 79998-1540
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
7206202       EDI: CHASE.COM Aug 15 2011 18:13:00      Chase Bank,   Card member Service,   PO Box 15548,
              Wilmington, DE 19886-5548
7206206       EDI: CHASE.COM Aug 15 2011 18:13:00      Chase Bank,   PO Box 260161,   Baton Rouge, LA 70826-0161
7206213       EDI: DISCOVER.COM Aug 15 2011 18:13:00   Discover Financial Services,   PO Box 6103,
              Carol Stream, IL 60197-6103
7206183       EDI: RMSC.COM Aug 15 2011 18:13:00       GE MONEY BANK,   PO BOX 960061,   ORLANDO, FL 32896-0061
7206191       EDI: IRS.COM Aug 15 2011 18:13:00        Internal Revenue Service,   Deborah Lynch,
              107 CHARLES LINDBERGH BLVD,   GARDEN CITY, NY 11530-4819
7206204      +EDI: PINNACLE.COM Aug 15 2011 18:13:00   PINNACLE FINANCIAL GROUP,
              7825 Washington Ave S Ste 310,   Minneapolis, MN 55439-2424
7206227       EDI: AFNIVZCOMBINED.COM Aug 15 2011 18:13:00    VERIZON,   PO BOX 1100,   ALBANY, NY 12250-0001
7206226      +EDI: AFNIVZWIRE.COM Aug 15 2011 18:13:00      Verizon Wireless,
              26935 Nortlrwestern Hwy Ste 100 CFS,   Southfield, MI 48033-8449
                                                                                         TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7206228       BJ LIDE,   US Department ofCommerce,   National Institute of Standards and Tech,
              Advanced Technology Program
7206200       Julie Weihlinger,   U.S. Department ofCommerce,   National Institute ofStandards and Techn,
              Advanced Technology Program,   Receivables Group,   100 BureauDrive-MaiiStop 1624
7206201       LACY KATZEN LLP,   Michael S Schnittman Esq,   Mark H Stein Esq,   Francesco Fabiano Esq,
              Attorneys for Plaintiff,   The Granite Building
7206186      ##+Jill C Feldman, CPA,   183 Madison Avenue,   Suite 602,   New York, NY 10016-4402
                                                                          TOTALS: 3, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 17, 2011**                   **Signature:**        *Joseph Speetjens*