UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

DANIEL KARRON,                                 Case No.: 11-73479-736
                                                               Chapter 7

                     Debtor.
-----------------------------------------------------------X

## STIPULATION AND ORDER FURTHER EXTENDING TIME FOR
## CH. 7 TRUSTEE HEREIN TO OBJECT TO THE DEBTOR'S DISCHARGE

**WHEREAS**, this case was commenced by the filing by the debtor, Daniel Karron (the "Debtor"), of a voluntary chapter 7 petition with this Court on *May 16, 2011*; and

**WHEREAS,** Neil H. Ackerman is the appointed and acting trustee in the Debtor's case (the "Trustee"); and

**WHEREAS**, the Trustee has requested and the Debtor has agreed to a further extension of time in this case for the Trustee to object to the Debtor's discharge.

**NOW, THEREFORE, IT IS HEREBY** stipulated, consented to, and agreed that the last day for the Trustee to object to the Debtor's discharge shall be and hereby is extended through

**[THIS SPACE INTENTIONALLY LEFT BLANK]**

and including **February 28, 2011,** without prejudice.

Dated: August 12, 2011

                                           */s/ Neil H. Ackerman*
                                           Neil H. Ackerman, Esq., Trustee
                                           Ackerman Spence, PLLC
                                           500 N. Broadway, Suite 200
                                           Jericho, NY 11753
                                           (516) 513-1707

Dated: August 12, 2011

                                           */s/ Daniel Karron*
                                           Daniel Karron, Pro Se

**SO ORDERED:**