UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re                                                                                        Case No. 811-73479-736
                                                                                              Chapter 7
DANIEL B KARRON, AKA DIANNE KARRON,
AKA D B KARRON, AKA DAN KARRON,

                                    Debtor.                                     **AFFIDAVIT**
-------------------------------------------------------------X

STATE OF NEW YORK    )
                                          )ss.:
COUNTY OF NASSAU   )

      Neil H. Ackerman, Esq., being duly sworn deposes and says:

      1.      I am an attorney and counselor-at-law duly admitted to practice before the Federal Courts in the Eastern District of New York.

      2.      To the best of my knowledge, information, and belief, neither I nor my Firm nor any member, partner, or associate in the firm represents professionally, or is associated with the debtor, or any party in interest in this case, except that my Firm now or may have in the past represented certain entities in unrelated matters who are creditors in this case and whose interest are not adverse to the Estate herein. The Firm has instituted, and is carrying on further inquiries of its members, partners, and associates, and will file supplementary affidavits regarding this retention if additional relevant material information is obtained.

      3.      To the best of my knowledge, information, and belief, my Firm does not hold, or represent any entity which holds, an adverse interest to creditors or the Estate herein in respect of the matters upon which the Firm is to be engaged, and my Firm is a disinterested person as the term is defined at 11 U.S.C. §101.

4.      During the pendency of this case, my Firm will not represent any other entity in connection with this case.

                                                                                                                                   */s/Neil H. Ackerman*  
                                                                                                                                    Neil H. Ackerman

Sworn to before me this 15th  
day of August, 2011

/s Kamini Fox  
Notary Public

Kamini Fox  
Notary Public, State of New York  
No. 02F06093482  
Qualified in Nassau County  
Commission Expires October 15, 2011