UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                                      Case No. 811-73479-736
                                                                           Chapter 7
DANIEL B KARRON, AKA DIANNE KARRON,
AKA D B KARRON, AKA DAN KARRON,

                            Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING RETENTION OF GENERAL COUNSEL BY TRUSTEE

**UPON** the application of Neil H. Ackerman, the appointed and acting trustee in this chapter 7 case (the "Trustee"), seeking an Order under 11 U.S.C. §327(a), authorizing the Trustee to retain and employ Ackerman Spence, PLLC as his general counsel in this case, under a general retainer in accordance with the terms set forth in the Application; and upon the sworn affidavit of Neil H. Ackerman, Esq., a member of Ackerman Spence, PLLC, which is attached to the Application; and no advance notice of or hearing on the Application being required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, or the Local Rules or Orders of the Court, and this Court is satisfied, based on the representations in the application and affidavit, that Ackerman Spence, PLLC is a firm duly qualified to practice in the Courts of the State of New York and before this Court; that Ackerman Spence, PLLC is a disinterested person as that term is defined in the Bankruptcy Code; and that Ackerman Spence, PLLC does not hold or represent any interest adverse to creditors or the Estate in this case with respect to matters upon which it is to be engaged; it is now hereby

**ORDERED**, under 11 U.S.C. §327(a), that the Trustee is authorized to employ and retain Ackerman Spence, PLLC as his general counsel in this chapter 7 case under a general retainer in accordance with the terms set forth in the Application; and it is further

**ORDERED,** that compensation and reimbursement to Ackerman Spence, PLLC as attorney for the Trustee in this case shall be upon applications made and approved by this Court in accordance with 11 U.S.C. §§ 330 and/or 331, after hearings on notice as provided in Federal Rule of Bankruptcy Procedure 2002 and the Local Rules and Orders of this Court.

NO OBJECTION:

`/S/ Stan Y. Yang    8/19/2011`
Office of the U.S. Trustee

**SO ORDERED**



Dated: Central Islip, New York
August 22, 2011

Robert E. Grossman
**United States Bankruptcy Judge**