UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____X

In re:                                                                                    Chapter 7

    DANIEL B. KARRON a/k/a                                    Case No.:8-11-73479-reg
    DIANNE KARRON a/k/a
    D B KARRON a/k/a
    DAN KARRON

                              Debtor.
_____X

**S I R S:**

**PLEASE TAKE NOTICE** that, DAVIDOFF MALITO & HUTCHER, LLP, hereby enters its appearance as attorneys for ABRAHAM KARRON, a creditor of the estate, and, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, requests that all notices given or required to be given in this matter and all papers served or required to be served in this matter be given to and served upon the following:

Andrew Paul Cooper, Esq.
DAVIDOFF MALITO & HUTCHER, LLP
200 Garden City Plaza, Suite 315
Garden City, New York 11530
516. 248.4600
apc@dmlegal.com; jmc@dmlegal.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes the notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or any of the foregoing and any other document brought before this Court with respect to these proceedings, whether

80077969

formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex or otherwise.

Dated: Garden City, New York
      November 4, 2011

                                Yours, etc.

                                DAVIDOFF MALITO & HUTCHER, LLP
                                *Attorneys for Abraham Karron*

By:    */s/ Andrew Paul Cooper*
          Andrew Paul Cooper, Esq.
          200 Garden City Plaza, Suite 315
          Garden City, New York 11530
          516. 248.4600
          apc@dmlegal.com