**ACKERMAN SPENCE, PLLC**
**500 N. BROADWAY, SUITE 200**
**JERICHO, NY 11753**
**Tel: (516) 513-1707**
**Fax: (516) 605-2084**

Neil H. Ackerman
E-Mail: Nackerman@ackermanspence.com

December 5, 2011

Clerk of the Court
Long Island Federal Courthouse
290 Federal Plaza
PO Box 9013
Central Islip, NY 11722-9013

>    Re:    *In re Daniel B Karron aka Dianne Karron aka D B Karronaka*
>    *Dan Karron, Debtor*
>    *Ch. 7 Bankruptcy Case No. 811-73479-reg*
>    *Rescission of Trustee's Report of No Distribution*

Dear Sir/Madam:

I am the appointed and acting trustee in this case.

A no asset report was just inadvertently erroneously filed in this case with the Court, instead of a notice that the 341 meeting is being further adjourned.

I hereby request that the No Asset Report filed in this case be **rescinded.**

Thank you for your time and attention to this matter.

>    Very truly yours,
>
>    */S/ Neil H. Ackerman*
>    Neil H. Ackerman

474835-1