UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re                                                                                          Case No. 811-73479-736
                                                                                                    Chapter 7
DANIEL B KARRON, AKA DIANNE KARRON,
AKA D B KARRON, AKA DAN KARRON,

                                                    Debtor.
-------------------------------------------------------------X

### STIPULATION AND ORDER RESCINDING PRIOR SO ORDERED STIPULATION

       **WHEREAS**, this case was commenced by the Debtor's filing of a voluntary chapter 7 Petition with this Court on May 16, 2011*;* and

       **WHEREAS,** Neil H. Ackerman is the appointed and acting trustee in the Debtor's case; and

       **WHEREAS,** previously, Trustee and Debtor (who is appearing pro se herein) entered into a stipulation which was "So Ordered" by this court on August 22, 2011 (Docket No. 34; hereinafter, "Prior Stipulation") extending Trustee's time to object to discharge through February 28, 2012; and

       **WHEREAS**, the Debtor have provided Trustee with all requested documents, and Trustee is closing the Section 341 examination.

       **NOW, THEREFORE, IT IS HEREBY** stipulated, consented to, and agreed that the Prior Stipulation shall be and hereby is rescinded.

Dated: January 19, 2012

                                          /s Neil H. Ackerman
                                          Neil H. Ackerman, Esq., Trustee
                                          Ackerman Spence, PLLC
                                          500 N. Broadway, Suite 200
                                          Jericho, NY 11753
                                          (516) 513-1707

Dated: January 19, 2012            /s D B Karron
                                          Daniel B Karron, aka Dianne Karron,
                                          Aka D B Karron, aka Dan Karron

**SO ORDERED:**