UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re                                                                                  Case No. 811-73479-736
                                                                                              Chapter 7
DANIEL B KARRON, AKA DIANNE KARRON,
AKA D B KARRON, AKA DAN KARRON,

                              Debtor.
-------------------------------------------------------------X

**STIPULATION AND ORDER RESCINDING PRIOR SO ORDERED STIPULATION**

     **WHEREAS**, this case was commenced by the Debtor's filing of a voluntary chapter 7 Petition with this Court on May 16, 2011*;* and

     **WHEREAS,** Neil H. Ackerman is the appointed and acting trustee in the Debtor's case; and

     **WHEREAS,** previously, Trustee and Debtor (who is appearing pro se herein) entered into a stipulation which was "So Ordered" by this court on August 22, 2011 (Docket No. 34; hereinafter, "Prior Stipulation") extending Trustee's time to object to discharge through February 28, 2012; and

     **WHEREAS**, the Debtor have provided Trustee with all requested documents, and Trustee is closing the Section 341 examination.

     **NOW, THEREFORE, IT IS HEREBY** stipulated, consented to, and agreed that the Prior Stipulation shall be and hereby is VACATED.

Dated: January 19, 2012

                                        /s Neil H. Ackerman
                                        Neil H. Ackerman, Esq., Trustee
                                        Ackerman Spence, PLLC
                                        500 N. Broadway, Suite 200
                                        Jericho, NY 11753
                                        (516) 513-1707

Dated: January 19, 2012            /s D B Karron
                                        Daniel B Karron, aka Dianne Karron,
                                        Aka D B Karron, aka Dan Karron

**SO ORDERED:**



                                                                                                                                                                                            _____

**Dated: Central Islip, New York**                                    **Robert E. Grossman**
      **January 25, 2012**                                      **United States Bankruptcy Judge**