# Notice Recipients

District/Off: 0207−8          User: swu          Date Created: 1/25/2012
Case: 8−11−73479−reg          Form ID: 262          Total: 75

**Recipients of Notice of Electronic Filing:**
aty          Ackerman Spence, PLLC          nackerman@ackermanspence.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | Daniel B Karron | 348 East Fulton Street | Long Beach, NY 11561 |
| tr | Neil H Ackerman | Ackerman Spence, PLLC          500 N. Broadway          Suite 200          Jericho, NY 11753 | |
| smg | NYS Department of Taxation &Finance          Bankruptcy Unit          PO Box 5300          Albany, NY 12205 | | |
| smg | NYS Unemployment Insurance          Attn: Isolvency Unit          Bldg. #12, Room 256          Albany, NY 12240 | | |
| smg | NYC Department of Finance          345 Adams Street, 3rd Floor          Attn: Legal Affairs − Devora Cohn          Brooklyn, NY 11201 | | |
| smg | United States Trustee          Office of the United States Trustee          Long Island Federal Courthouse          560 Federal Plaza          Central Islip, NY 11722−4437 | | |
| 7206197 | ARENT FOX PLLC          1050 Connecticut Avenue NW          Washington, DC 20036−5339 | | |
| 7206177 | Abe Karron          70 CURTIS AVE          MANASQUAN NJ 08736−3502 | | |
| 7206209 | Aegis Receivables Management Inc          Formerly Known as Global Vantage In.          PO Box 404          Fort Mill, SC 29716−0404 | | |
| 7216963 | American Express Bank FSB          c/o Becket and Lee LLP          POB 3001          Malvern PA 19355−0701 | | |
| 7445379 | American Express Bank, FSB          c o Becket and Lee LLP          POB 3001          Malvern, PA 19355−0701 | | |
| 7424300 | American Express Centurion Bank          c o Becket and Lee LLP          POB 3001          Malvern, PA 19355−0701 | | |
| 7206208 | American Express Travel Related Services          OA Special Research          PO Box 981540          El Paso, TX 79998−1540 | | |
| 7206178 | Amiee Idan Karron          16 Wilson Terrace          West Caldwell, NJ 07006 | | |
| 7456419 | Andrew Paul Cooper, Esq          DAVIDOFF MALITO &HUTCHER, LLP          200 Garden City Plaza, Suite 315          Garden City, New York 11530          516.248.6400          apc@dmlegal.com; jmc@dmlegal.com | | |
| 7206180 | BARCLAYS BANK DELAWARE          WEST MARINE          c/o FINANCIAL RECOVERY SERVICES INC          PO Box 385908          Minneapolis, MN 55438−5908 | | |
| 7206212 | BI Incorporated          6400 Lookout Road          Boulder, CO 80301 | | |
| 7206228 | BJ LIDE          US Department ofCommerce          National Institute of Standards and Tech          Advanced Technology Program | | |
| 7206205 | BUNAMICI &LARAUS LLP          ALBERT BUONAMICI ESQ          222 Bloomingdale Road          Suite 301          White Plains, NY 10605 | | |
| 7206195 | Best Buy Inc          Main Street Acquisitions          RPM Receivables Performance Management 5          PO Box 1548          Lynnwood, W A 08036 | | |
| 7206184 | CAC FINANCIAL CORP          2601 NW EXPRESSWAY SUITE 1000 EAST          OKLAHOMA CITY, OKLAHOMA 73112−7236 | | |
| 7348487 | CANDICA L.L.C.          C O WEINSTEIN AND RILEY, PS          2001 WESTERN AVENUE, STE 400          SEATTLE, WA 98121 | | |
| 7206202 | Chase Bank          Card member Service          PO Box 15548          Wilmington, DE 19886−5548 | | |
| 7206203 | Chase Bank          Dept 673          PO Box 4115          Concord, CA 94524 | | |
| 7206206 | Chase Bank          PO Box 260161          Baton Rouge, LA 70826−0161 | | |
| 7206232 | Chi T Steve Kwok          US Attorneys Office SDNY          One St Andrews Plaza          New York, NY 10007 | | |
| 7206221 | Con Edison          c/o MERCANTILE ADJUSTMENT BUREAU LLC          6341 Inducon Drive East          Sanborn, NY 14l32−9097 | | |
| 7350485 | Discover Bank DB Servicing Corp          PO Box 3025          New Albany, OH 43054−3025 | | |
| 7206213 | Discover Financial Services          PO Box 6103          Carol Stream, IL 60197−6103 | | |
| 7206214 | Dr Robert A Krackow DDS          509 Madison Avenue          Suite 1716          New York, NY 10022−5527 | | |
| 7206179 | Estate ofNathaniel Karron          c/o Diana Karron          110 Lighthouse Dr.          Saugerties, NY 12477 | | |
| 7345951 | FIA CARD SERVICES, N.A.          PO Box 15102          Wilmington, DE 19886−5102 | | |
| 7206183 | GE MONEY BANK          PO BOX 960061          ORLANDO, FL 32896−0061 | | |
| 7206182 | HOME DEPOT CREDIT SERVICES          PROCESSING CENTER          DES MOINES, IA 50364−0500 | | |
| 7206190 | HSBC RETAIL SERVICES          NCB Management Services Inc          PO Box 1099          Langhorne, P A 19047 | | |
| 7206217 | Homefront Hardware          202 East 29th Street          New York, NY 10016 | | |
| 7206191 | Internal Revenue Service          Deborah Lynch          107 CHARLES LINDBERGH BLVD          GARDEN CITY, NY 11530−4819 | | |
| 7410765 | JPMorgan Chase Bank, NA          c/o Buonamici &LaRaus          222 Bloomingdale Road          White Plains, New York 10601 | | |
| 7206186 | Jill C Feldman, CPA          183 Madison Avenue          Suite 602          New York, NY 10016 | | |
| 7206218 | Joan A Rosenberg          300 East 33rd Street          Apartment 6K          New York, NY 10016 | | |
| 7206187 | Joan M Hayes CPA          239 Delano Ave W,          Yonkers, NY 10704. | | |
| 7206200 | Julie Weihlinger          U.S. Department ofCommerce          National Institute ofStandards and Techn          Advanced Technology Program          Receivables Group          100 BureauDrive−MaiiStop 1624 | | |
| 7206185 | Ken Jackson          The Jackson Group          114 West 29th Street          New York, New York 10001 | | |
| 7387379 | KeySpan Gas East Corp. dba:          National Grid          Suzanne Brienza, Esq.          15 Park Drive          Melville, NY 11747 | | |
| 7206207 | Kirshenbaum &Phillips PC          3000 Hempstead Turnpike          4th Floor          Levittown, NY 11756 | | |

| | | |
|---|---|---|
| 7206201 | LACY KATZEN LLP    Michael S Schnittman Esq    Mark H Stein Esq    Francesco Fabiano Esq    Attorneys for Plaintiff    The Granite Building | |
| 7206222 | LONG BEACH MEDICAL Center    455 East Bay Drive    Long Beach, NY 11561 | |
| 7206223 | LONG BEACH MEDICAL Center    c/o EASTERN ACCOUNT SYSTEM OF CONNECTICUT    PO Box 1022    Wixom, MI 48393–1022 | |
| 7206193 | Laura Adrienne Oppenheim    Mintz &Oppenheim, LLP    260 Madison Avenue, 18th Flr.    New York, NY 10016 | |
| 7206210 | Long Island Power Authority    POBox 888    Hicksville NY 11802–0888 | |
| 7206225 | Ludlow Garage    151 Attorney Street    New York, NY 10002 | |
| 7206198 | M Scott Peeler Esq    Arent Fox LLP    1675 Broadway    New York, NY 10019 | |
| 7206231 | MICHAEL J BYARS    Assistant United States Attorney    86 Chambers Street    New York, NY 10007 | |
| 7206196 | MTA BRIDGES EZ PASS    c/o NCO Financial Systems Inc    507 Prudential Road    Horsham, PA 19044 | |
| 7206194 | Marshall Aron Mintz    Mintz &Oppenheim, LLP    260 Madison Avenue 18th Flr    New York, NY 10016 | |
| 7206216 | NARS    New York Sports club File 331–9559    PO Box 701    Chesterfield, MO 63006 | |
| 7376846 | NYS DEPT OF TAX &FINANCE    BANKRUPTCY SECTION    PO BOX 5300    ALBANY, NY 12205–0300 | |
| 7206211 | National Grid    Newbridge Rd at Sunrise Highway    Bellmore, NY 11710 | |
| 7206224 | New York City Department of Finance    Parking Violations    PO Box 2127    Peck Slip Station CU065427    New York, NY 10272–2127 | |
| 7206188 | Oxford Health Plans    PO Box 1697    Newark, NJ 07101–1697 | |
| 7206204 | PINNACLE FINANCIAL GROUP    7825 Washington Ave S Ste 310    Minneapolis, MN 55439–2409 | |
| 7206181 | RADIOSHACK CREDIT PLAN    PROCESSING CENTER    DES MOINES, IA 50364–0001 | |
| 7206192 | Rubinstein and Corozzo LLP    Ronald Rubinstein, Esq    260 Madison Avenue 220d Floor    New York, New York 10016 | |
| 7206189 | SCHWARTZ &SALOMON, Pc    225 Broadway # 4200    New York, NY 10007–3003 | |
| 7206215 | Silicon City    Howell Silverman,    354 S. Oyster Bay Road    Syosset, NY 11791 | |
| 7206219 | Spitz and Greenstein CPA    Melvin Spitz, CPA    494 Eighth A venue    New York, NY 10001 | |
| 7206199 | Steven Kimelman, Esq    1675 Broadway    New York, NY 10019 | |
| 7206220 | The Law Offices of Randall S Newman PC    37 WALL STREET PENTHOUSE D    NEW YORK, NY 10005 | |
| 7443005 | U.S. Dept of Justice    Office of the united States Trustee    Eastern District of New York    Long Island Federal Courthouse    560 Federal Plaza    Central Islip, N.Y. 11722 | |
| 7206230 | United States Attorney    Assistant United States Attorney    MARIA A COTTO    Financial Investigator    86 Chambers Street    New York, NY 10007 | |
| 7206229 | United States Attorney    Southern District a/New York    FINANCIAL LITIGATION UNIT    KATHLEEN A ZEBROWSKI    86 Chambers Street    New York, NY 10007 | |
| 7206227 | VERIZON    PO BOX 1100    ALBANY, NY 12250–0001 | |
| 7206226 | Verizon Wireless    26935 Nortlrwestern Hwy Ste 100 CFS    Southfield, MI –1–8033 | |
| 7419107 | Verizon Wireless    PO BOX 3397    Bloomington, IL 61702 | |

TOTAL: 74