United States Bankruptcy Court
Eastern District of New York

In re:                                                          Case No. 11-73479-reg
Daniel B Karron                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-8        User: swu            Page 1 of 4        Date Rcvd: Jan 25, 2012
                            Form ID: 262         Total Noticed: 70

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2012.
db         +Daniel B Karron,   348 East Fulton Street,   Long Beach, NY 11561-2327
smg        +NYC Department of Finance,   345 Adams Street, 3rd Floor,   Attn: Legal Affairs - Devora Cohn,
            Brooklyn, NY 11201-3719
smg         NYS Department of Taxation & Finance,   Bankruptcy Unit,   PO Box 5300,   Albany, NY 12205-0300
smg        +NYS Unemployment Insurance,   Attn: Isolvency Unit,   Bldg. #12, Room 256,
            Albany, NY 12240-0001
7206197     ARENT FOX PLLC,   1050 Connecticut Avenue NW,   Washington, DC 20036-5339
7206177     Abe Karron,   70 CURTIS AVE,   MANASQUAN NJ 08736-3502
7206209     Aegis Receivables Management Inc,   Formerly Known as Global Vantage In.,   PO Box 404,
            Fort Mill, SC 29716-0404
7206178    +Amiee Idan Karron,   16 Wilson Terrace,   West Caldwell, NJ 07006-7923
7456419    +Andrew Paul Cooper, Esq,   DAVIDOFF MALITO & HUTCHER, LLP,   200 Garden City Plaza, Suite 315,
            Garden City, New York 11530-3338,   516.248.6400,   apc@dmlegal.com; jmc@dmlegal.com
7206212    +BI Incorporated,   6400 Lookout Road,   Boulder, CO 80301-3378
7206205    +BUNAMICI & LARAUS LLP,   ALBERT BUONAMICI ESQ,   222 Bloomingdale Road,   Suite 301,
            White Plains, NY 10605-1511
7206195    +Best Buy Inc,   Main Street Acquisitions,   RPM Receivables Performance Management 5,
            PO Box 1548,   Lynnwood 98046-1548
7206184     CAC FINANCIAL CORP,   2601 NW EXPRESSWAY SUITE 1000 EAST,   OKLAHOMA CITY, OKLAHOMA 73112-7236
7206203    +Chase Bank,   Dept 673,   PO Box 4115,   Concord, CA 94524-4115
7206232    +Chi T Steve Kwok,   US Attorneys Office SDNY,   One St Andrews Plaza,   New York, NY 10007-1791
7206221    +Con Edison,   c/o MERCANTILE ADJUSTMENT BUREAU LLC,   6341 Inducon Drive East,
            Sanborn, NY 14132-9016
7350485     Discover Bank DB Servicing Corp,   PO Box 3025,   New Albany, OH  43054-3025
7206214    +Dr Robert A Krackow DDS,   509 Madison Avenue,   Suite 1716,   New York, NY 10022-5527
7206179    +Estate ofNathaniel Karron,   c/o Diana Karron,   110 Lighthouse Dr.,   Saugerties, NY 12477-4257
7206182     HOME DEPOT CREDIT SERVICES,   PROCESSING CENTER,   DES MOINES, IA 50364-0500
7206190    +HSBC RETAIL SERVICES,   NCB Management Services Inc,   PO Box 1099,   Langhorne 19047-6099
7206217    +Homefront Hardware,   202 East 29th Street,   New York, NY 10016-8501
7410765    +JPMorgan Chase Bank, NA,   c/o Buonamici & LaRaus,   222 Bloomingdale Road,
            White Plains, New York 10605-1513
7206186    +Jill C Feldman, CPA,   183 Madison Avenue,   Suite 602,   New York, NY 10016-4402
7206218    +Joan A Rosenberg,   300 East 33rd Street,   Apartment 6K,   New York, NY 10016-9408
7206187    +Joan M Hayes CPA,   239 Delano Ave W,,   Yonkers, NY 10704-3827
7206185    +Ken Jackson,   The Jackson Group,   114 West 29th Street,   New York, New York 10001-5594
7387379    +KeySpan Gas East Corp. dba:,   National Grid,   Suzanne Brienza, Esq.,   15 Park Drive,
            Melville, NY 11747-3035
7206207    #+Kirshenbaum & Phillips PC,   3000 Hempstead Turnpike,   4th Floor,   Levittown, NY 11756-1342
7206223     LONG BEACH MEDICAL Center,   c/o EASTERN ACCOUNT SYSTEMOF CONNECTICUT,   PO Box 1022,
            Wixom, MI 48393-1022
7206222    +LONG BEACH MEDICAL Center,   455 East Bay Drive,   Long Beach, NY 11561-2300
7206193    +Laura Adrienne Oppenheim,   Mintz & Oppenheim, LLP,   260 Madison Avenue, 18th Flr.,
            New York, NY 10016-2401
7206210     Long Island Power Authority,   POBox 888,   Hicksville NY 11802-0888
7206225    +Ludlow Garage,   151 Attorney Street,   New York, NY 10002-1812
7206198    +M Scott Peeler Esq,   Arent Fox LLP,   1675 Broadway,   New York, NY 10019-5849
7206231    +MICHAEL J BYARS,   Assistant United States Attorney,   86 Chambers Street,
            New York, NY 10007-1825
7206196    +MTA BRIDGES &TUNNELS EZ PASS,   c/o NCO Financial Systems Inc,   507 Prudential Road,
            Horsham, PA 19044-2308
7206194    +Marshall Aron Mintz,   Mintz & Oppenheim, LLP,   260 Madison Avenue 18th Fir,
            New York, NY 10016-2401
7206216    +NARS,   New York Sports club File 331-9559,   PO Box 701,   Chesterfield, MO 63006-0701
7376846     NYS DEPT OF TAX & FINANCE,   BANKRUPTCY SECTION,   PO BOX 5300,   ALBANY, NY 12205-0300
7206211     National Grid,   Newbridge Rd at Sunrise Highway,   Bellmore, NY 11710
7206224     New York City Department of Finance,   Parking Violations,   PO Box 2127,
            Peck Slip Station CU065427,   New York, NY 10272-2127
7206188     Oxford Health Plans,   PO Box 1697,   Newark, NJ 07101-1697
7206181     RADIOSHACK CREDIT PLAN,   PROCESSING CENTER,   DES MOINES, IA 50364-0001
7206192    +Rubinstein and Corozzo LLP,   Ronald Rubinstein, Esq,   260 Madison Avenue 220d Floor,
            New York, New York 10016-2401
7206189     SCHWARTZ & SALOMON, Pc,   225 Broadway # 4200,   New York, NY 10007-3003
7206215    +Silicon City,   Howell Silverman,,   354 S. Oyster Bay Road,   Syosset, NY 11791-6913
7206219    +Spitz and Greenstein CPA,   Melvin Spitz, CPA,   494 Eighth A venue,   New York, NY 10001
7206199    +Steven Kimelman, Esq,   1675 Broadway,   New York, NY 10019-5829
7206220    +The Law Offices of Randall S Newman PC,   37 WALL STREET PENTHOUSE D,   NEW YORK, NY 10005-2027
7443005    +U.S. Dept of Justice,   Office of the united States Trustee,   Eastern District of New York,
            Long Island Federal Courthouse,   560 Federal Plaza,   Central Islip, N.Y 11722-4456
7206230    +United States Attorney,   Assistant United States Attorney,   MARIA A COTTO,
            Financial Investigator,   86 Chambers Street,   New York, NY 10007-1825
7206229    +United States Attorney,   Southern District a/New York,   FINANCIAL LITIGATION UNIT,
            KATHLEEN A ZEBROWSKI,   86 Chambers Street,   New York, NY 10007-1825

```
District/off: 0207-8          User: swu              Page 2 of 4          Date Rcvd: Jan 25, 2012
                              Form ID: 262            Total Noticed: 70

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QNHACKERMAN.COM Jan 25 2012 18:08:00     Neil H Ackerman,   Ackerman Spence, PLLC,
                500 N. Broadway,   Suite 200,   Jericho, NY 11753-2128
smg            +E-mail/Text: ustpregion02.li.ecf@usdoj.gov Jan 25 2012 18:15:10     United States Trustee,
                Office of the United States Trustee,   Long Island Federal Courthouse,   560 Federal Plaza,
                Central Islip, NY 11722-4456
7216963         EDI: BECKLEE.COM Jan 25 2012 18:08:00     American Express Bank FSB,   c/o Becket and Lee LLP,
                POB 3001,   Malvern PA 19355-0701
7424300         EDI: BECKLEE.COM Jan 25 2012 18:08:00     American Express Centurion Bank,
                c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
7206208         EDI: AMEREXPR.COM Jan 25 2012 18:08:00     American Express Travel Related Services,
                OA Special Research,   PO Box 981540,   El Paso, TX 79998-1540
7206180         E-mail/Text: data_processing@fin-rec.com Jan 25 2012 18:15:08     BARCLAYS BANK DELAWARE,
                WEST MARINE,   c/o FINANCIAL RECOVERY SERVICES INC,   PO Box 385908,
                Minneapolis, MN 55438-5908
7348487        +EDI: OPHSUBSID.COM Jan 25 2012 18:08:00     CANDICA L.L.C.,   C O WEINSTEIN AND RILEY, PS,
                2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
7206202         EDI: CHASE.COM Jan 25 2012 18:08:00     Chase Bank,   Card member Service,   PO Box 15548,
                Wilmington, DE 19886-5548
7206206         EDI: CHASE.COM Jan 25 2012 18:08:00     Chase Bank,   PO Box 260161,   Baton Rouge, LA 70826-0161
7206213         EDI: DISCOVER.COM Jan 25 2012 18:08:00     Discover Financial Services,   PO Box 6103,
                Carol Stream, IL 60197-6103
7345951         EDI: BANKAMER2.COM Jan 25 2012 18:08:00     FIA CARD SERVICES, N.A.,   PO Box 15102,
                Wilmington, DE 19886-5102
7206183         EDI: RMSC.COM Jan 25 2012 18:08:00     GE MONEY BANK,   PO Box 960061,   ORLANDO, FL 32896-0061
7206191         EDI: IRS.COM Jan 25 2012 18:08:00     Internal Revenue Service,   Deborah Lynch,
                107 CHARLES LINDBERGH BLVD,   GARDEN CITY, NY 11530-4819
7206196        +E-mail/Text: bankruptcydepartment@ncogroup.com Jan 25 2012 18:15:22
                MTA BRIDGES &TUNNELS EZ PASS,   c/o NCO Financial Systems Inc,   507 Prudential Road,
                Horsham, PA 19044-2308
7206204        +EDI: PINNACLE.COM Jan 25 2012 18:08:00     PINNACLE FINANCIAL GROUP,
                7825 Washington Ave S Ste 310,   Minneapolis, MN 55439-2424
7206227         EDI: AFNIVZCOMBINED.COM Jan 25 2012 18:08:00     VERIZON,   PO BOX 1100,   ALBANY, NY 12250-0001
7206226        +EDI: AFNIVZWIRE.COM Jan 25 2012 18:08:00     Verizon Wireless,
                26935 Nortlrwestern Hwy Ste 100 CFS,   Southfield, MI 48033-8449
7419107        +EDI: AFNIVZWIRE.COM Jan 25 2012 18:08:00     Verizon Wireless,   PO BOX 3397,
                Bloomington, IL 61702-3397
                                                                                              TOTAL: 18


               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7206228         BJ LIDE,   US Department ofCommerce,   National Institute of Standards and Tech,
                Advanced Technology Program
7206200         Julie Weihlinger,   U.S. Department ofCommerce,   National Institute ofStandards and Techn,
                Advanced Technology Program,   Receivables Group,   100 BureauDrive-MaiiStop 1624
7206201         LACY KATZEN LLP,   Michael S Schnittman Esq,   Mark H Stein Esq,   Francesco Fabiano Esq,
                Attorneys for Plaintiff,   The Granite Building
7445379*        American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
                                                                               TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

                  ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 27, 2012**                    **Signature:**

District/off: 0207-8          User: swu                Page 4 of 4              Date Rcvd: Jan 25, 2012
                              Form ID: 262             Total Noticed: 70

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2012 at the address(es) listed below:
          Ackerman Spence, PLLC    on behalf of Trustee Neil Ackerman nackerman@ackermanspence.com
          Andrew Paul Cooper    on behalf of Creditor Abe Karron apc@dmlegal.com,   jmc@dmlegal.com
          Gilbert B Weisman    on behalf of Creditor  American Express Bank FSB notices@becket-lee.com
          Neil H Ackerman    nackerman@ackermanspence.com,
           kfox@ackermanspence.com;nackerman@ecf.epiqsystems.com
          United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                TOTAL: 5

Form BLdfnld7 (12/01/2007)

# United States Bankruptcy Court

## Eastern District of New York
### 290 Federal Plaza, P.O. Box #9013
### Central Islip, NY 11722–9013

IN RE:                                                              CASE NO: 8–11–73479–reg

Daniel B Karron
  aka Dianne Karron
  aka D B Karron
  aka Dan Karron
348 East Fulton Street
Long Beach, NY 11561

  Name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address.

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:                     CHAPTER: 7

  xxx–xx–5466

       DEBTOR(s)

---

# DISCHARGE OF DEBTOR(S)
# ORDER OF FINAL DECREE

A petition under title 11, United States Code was filed by or against the Debtor(s) on May 16, 2011; an order for relief was entered under Chapter 7; no order denying a discharge has been granted.

It appearing that the debtor(s) is entitled to a discharge and the estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED**:

- The debtor(s) is granted a discharge under Section 727 of Title 11, United States Code, (the Bankruptcy Code).

- Neil H Ackerman (Trustee) is discharged as trustee of the estate of the above–named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above–named debtor(s) is closed.

BY THE COURT

Dated: January 25, 2012

s/ Robert E. Grossman
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Form BLdfnld7 (12/01/2007)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**